Willie Bell Jr.
_____
(Name)
C.S.P. PO.BOX 911
_____
(Address)
Imperial, Ca. 92251 B-5
_____
(City, State, Zip)
H-90929 239-low
_____
(CDC Inmate No.)

FILED

2008 JAN 28 PM 3: 51

CLERK US DIST... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

2254        1983
FILING FEE PAID
Yes        No
IFP MOTION FILED
Yes        No
COPIES SENT TO
Court        ProSe

# United States District Court
## Southern District of California

MR. Willie Bell Jr. _____,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

.v.
    Warden, Almager V.M.  ET, AL
Appeals coordinator (Garcia)
CC II D.J. Degus (Appeals Coord.).
R&R Staff,/ Package Mailing Officer (s).
_____,
(Enter full name of each defendant in this action.)
                                    Defendant(s).

'08 CV 0165 H AJB

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to
assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, _Willie Bell_____
                                                        (print Plaintiff's name)
    CDC# H-90929_____, who presently resides at _Centinela State_____
                                                        (mailing address or place of confinement)
    _Prison P.O. Box 911 Imperial, California._____, were violated by the actions

of the below named individuals.  The actions were directed against Plaintiff at _Centinela__
    _State Prison_____ on (dates) _12-28-07_____, _____, and _still____
        (institution/place where violation occurred)        (Count 1)        (Count 2)        (Count 3)
    continue till date.

§ 1983 SD Form

<u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>V.M. Almager,</u>    resides in <u>Imperial, Calif</u>   ,
        (name)                           (County of residence)

and is employed as a <u>"Warden"</u>   . This defendant is sued in
                         (defendant's position/title (if any))

his/her ☐ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Under the color of law, allows (s) staff/officers to</u>

"Extort Property of the Inmate Willie Bell, manipulate prison

rules above the law,& Violate due process, of the 5,8,9,& 14th amend.

Defendant <u>Garcia Appeals Coord-</u> resides in <u>Imperial Ca, at C.S.P.</u>,
          (name)                      (County of residence)

and is employed as a <u>Appeals Coordinator.</u>  . This defendant is sued in
                         (defendant's position/title (if any))

his/her ☐ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Under the color of law, Garcia willingly violates the</u>

Due Process by Aiding and Abetting Staff to manipulate the Appeal

process by covering Issues & due process by unjust denial of appeal by

Defendant <u>Deguess D.J.</u>    resides in <u>Imperial, California</u>(CONSPIRACY
         (name)                      (County of residence)

and is employed as a <u>CC II Appeals coordinator.</u> . This defendant is sued in
                       (defendant's position/title (if any))

his/her ☐ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Under the color of law, Degeuss willingly violates the</u>

Due process by Aiding and Abetting Staff to manipulate the appeal

process by unjust denial(s), which violate due process by (CONSPIRACY).
on 12-28-07

Defendant <u>R&R Package Officer</u> resides in <u>Imperial, California</u>,
         (name)                      (County of residence)

and is employed as a <u>Mailing package officer</u>. This defendant is sued in
                       (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: <u>Under the color of law participates in violating Fed-</u>

eral law. Also staff violate 3147 B(6)&7 and all listed violation

(s), & the Title 15. Also any other future action(s) derived

by and during this filing including punitive and injunctive

damages listed and or incurred by staff in retaliation.

"Now or in the near future.
  R&R STAFF et, al.........
STAFF WILLFULLY VIOLATE ALL STATED AMENDMENTS AND VIOLATIONS.
AMEND 1,5,6,8,9,& 14th amend.  By suppressing speech, deprival of
property, no response to 602 appeal,deprival of due process & ACC
ESS to mail, deprival & diminished sentimental value, and all of
others listed within this complaint, and or derrived by any fut-
ure acts out of retaliation by staff, et, al.
(Rev. 2/05)

**NO STATE SHALL:**

Nor shall any **Entity, Prison Official, Staff,** make or
enforce **"ANY LAW"** WHICH SHALL and has already abridged
the priveleges of the citizens of the**"UNITED STATES"**.
**Nor Shall "ANY Correctional Facility, or agents deprive
any person of life, liberty to freely use Federal Postage
for what it was intended for, without 'Due Process of Law".
Nor deny to "ANY" person within it's jurisdiction the equal
protection of the "Law'.**


Note: the Warden/ State of Calif CDCR is being sued for acts
committed, & that violated Constitutional Rights of the said
plaintiff in the amount of **$ 250.000** ....... (**Civil Rights
Violations et, al listed within the body of Civil Suit.**
**(And amount loss of Property), AND PUNITIVE DAMAGE $600.000**
**& cost of watch. $8.80. &(sentimental Value Loss),NO PRICE
CAN BE PUT ON.**

The plaintiff sues each Individual in his/her capacity

for all acts claimed, stated, and shown by factual evidence.


**DEFENDANT V.M. Almager   (Warden) is sued in his official capacity**

**for the Comparative acts stated and shown:   In the AMOUNT OF $250,000**
     **for civil violations suffered /   and all filing fees to later**
     **be added.**
**#1.**
     V.M Almager is being sued in his official capacity for allow-
ing the acts of his staff to violate the Civil Rights of the
plaintiff Willie Bell located at Centinela State Prison.


**#2.**
     **V.M. Almager** is being sued by allowing the plaintiff to be
denied the right to "ACCESS of MAIL, Deprival of property, De-
prival of freedom of speech,Due Process,Indiffrence of rights,
Allowing the STRUCTURAL DESIGN of the Appeals Process deny rights
of the plaintiff,Discrimination of Indigent status,Mail
Tampering by staff,Staff Conspiracy to suppress Appeal, and
Denying the use of Federal postage allowed and designed by staff
et, al........


V.M. A.lmager is sued in the amount of the accumilitive acts
of staff in the amount of......   **$500,000 for their acts alone**

also V.m. Almager is sued according to and allowed and or
deemed by courts for being the overseer in the amount of....
     **$100,000   for allowing negligance and punitive damages**
     **of the plaintiffs civil rights being violated & TOLERATED.**

     "If not held liable for personal acts by staff, that he
be held liable for allowable, and or allowed acts as overseer.

     **He is sued in the total amount for all acts inflicted by**
     **staff, or for punitive damages alone , or as deemed by**
     **the Courts".**
                    **For a sum total of $600,000 in Damages. (Punitive).**
                    **AND $250,000 in civil damages for a total of**
                    **(COST OF WATCH)ALSO $8.80 ( 1 MENS CASIO WATCH)**
                    ......................    **$850,000**
                              p 1

The plaintiff sue this Individual in his/her
official capacity (s), for all acts claimed,
stated, shown, by factual evidence.


**DEFENDANT   GARCIA/ Appeals Coordinator is sued in official**

**capacity for the comparative acts stated and**

**or shown.**


**# 1.   UNDER THE COLOR OF LAW:**
Appeals coordinator Garcia located at Centinela State

prison, is sued for these following acts......
Under the color of law Garcia willingly violated the
rights of the plaintiff by "Aiding and Abetting staff
by conspiracy, to deny the due process of the plaintiff by
suppression of speech, manipulating the  due process of the
Appeal by "Suppression of the appeal at the Informal level
thus denying due process of not being heard,by conspiracy to
suppress the appeal.  **GARCIA IS SUED IN THE AMOUNT OF....**

**$ 125,000**                    FOR THESE PUNITIVE ACTS.

**# 2.    UNDER THE COLOR OF LAW:**
Appeals coordinator   Garcia is sued for allowing the
denial of the right to "Access to Mail out property, BY
the act of suppression, structurally designed to discriminate,
deny due process of the plaintiff, by the appeals process.

**GARCIA IS SUED IN THE AMOUNT OF .....  $125,000**
For punitive liability or as deemed fit by the Courts.


**GARCIA IS SUED FOR THE SUM TOTAL AMOUNT OF.....  $250,000
IN HIS/HER OFFICIAL CAPACITY.   (And all filing fees)**


**Garcia proves "NEGLECT" by exhibit #2.  & stating. they do
do not track or log Informal Level Appeals. Thus denying
inmate being heard.**


p. 2

The Plaintiff sues this Individual in his
official capacity (s), for all acts claimed
stated,shown, by factual evidence.


**DEFENDANT D.J. DEgeuss/ Appeals Coordinator is sued in his
official capacity for the comparative acts stated
and or shown, and all punitive stated and shown.**


**# 1. UNDER THE COLOR OF LAW:**

Appeals coordinator D.J. DEguess located at Centinela
STate Prison is sued for these following acts.
Under the color of law D.J. DEguess allowed his staff Garcia
/Appeals officer to act under his supervision, and allowed
by his CDC - 602 form the denial of the rights of the plaintiff
by his subordinate staff "Garcia. SEE EXHIBIT # 2., dated 01-
02-08.  **He is sued in the amount of..... $25,000 for this
act......**


**# 2. UNDER THE COLOR OF LAW:**

D.J. DEguess willingly violated the the rights of the
plaintiff by "Aiding and Abetting" the Appeal Coordinator
Garcia by allowing him/her by conspiracy,to deny the due pro-
cess by the suppression of speech,by allowing the manipulation
of due process by the suppression at the Informal level, which
denys the appeal of the plaintiff to be able to succeed in
being heard.  **He is sued in the amount of   $50,000 for these
acts.......**  ( Claiming they do not log or keep track of' ':' '` .' ?
See Exhibit#2.   Informal Level Appeals.)"Proving Neglect"
**# 3.   UNDER THE COLOR OF LAW:**

Appeal coordinator D.J. DEguess is sued for allowing the denial
of the right to "Access to Mail outproperty, by the act of
suppression, structurally designed to discriminate  and deny
due process of the plaintiff, by the Appeals process.

**D.J DEguess is sued in the amount of; ........ $50,000 for
this act.......**
for punitive damage and violating the rights of the plaintiff...

**He is sued in his Official capacity. In the total amount of**

**$125,000  (And all filing fees).**

**p 3**

The plaintiff sues this Individual in his/her
"Official Capacity for all act claimed suffered
by the negligence of the "STAff / Sergeant
of R&R  at Centinela State Prison.


**DEFENDANT / R&R STAFF / Seargeant Wilhelm           is sued in
his official capacity for the acts of his negligence, and the
"EXTORTED ACTS" by his staff being allowed to violate the due
process of the plaintiff and the inmates here at Centinela State
Prison, by "Denouncing the use of FederalPostage to mail out
personal property.**


**# 1.**


**Seargeant Wilhelm      is sued by allowing the plaintiff to
be discriminated by staff , and denied the "Access to Mailing
out property by Federal Postage, Deprival and extortion of
property, with " NO RECIEPTS GIVEN" to show or account for
property taken by EXTORTION, Discrimination BY Indigent status,
denying the use of mailing process,Conspiracy to suppress
knowledge of acts allowed by staff, and the denial of Federal
POSTAGE designed to Extort funds form the plaintiff by claiming
must have $25.00 at all times on books in order to participate
in the mailing process, and denying use of stamps for mailing
purposes, to stress, opress, and Extort families for cash on
books , by strong armed extortion, when stamps would have still
sufficed.**


This defendant is sued for all accumilated acts allowed by staff.


**THIS DEFENDANT IS SUED IN THE AMOUNT OF  ....... $125,000**

**FOR ALL VIOLATIONS STATED AND SHOWN for all puntitive**

**damages.    (And all filing fees).**


p. 4

**ARTICLE 4.**

**General policy**

**3130. States:**  The privacy of correspondence between inmates and persons outside correctional facilities shall not be invaded, except as may be necessary to prevent physical injury to persons and to maintain the security of correctional facilities and the community.

Note:  Authority Cited: Section 5058, Penal Code. Reference Section 2600, 2601 (d), 5054 PC. Procunier v. martinez, 416 U.S. 396.

3131. Plan of Opperation.

Procedures of the correctional facility shall conform to the policies, regulations and provisions of law, and shall apply to all inmates "AND  STAFF", of the facility".    (ibid)  Procunier V. Martinez".

3132. (a). "ANY VIOLATIONS" of laws governing mail will be referred to "POSTAL AUTHORITIES" and to appropriate criminal authorities.

(b). Failure to do so may result in legal or administrative measures against the persons or persons involved.

3135. Correspondence

(b).    DISAGREEMENTS WITH THE SENDERS MORAL VALUES,CHOICE OF WORDS, ATTITUDES,OR VERACITY, shall "NOT" be used for disallowing mail to go out by Federal Postage". Correctional Staff shall not challenge or confront the sender or reciever with such value judgements.

3135(c). If the receiver of "ANY" MAIL", confidential or non-confidential directs a written complaint to administrative staff or to the institutional officials, due consideration "WILL BE GIVEN", TO "ANY" reasonable remedy sought by the individual, of which has "Already Been Denied", Nor responded to.

3138. Gen Mail Regulatons.
(d). Packages".

(1). Facilites "WILL Make", available to "ALL" inmates proced-ures for shipping packages to their correspondents.  #(1)& (2).

3147 (B). **DISPOSITION OF MAIL.**

Incoming mail disallowed under the provisions of this article under facility provisions shall be destroyed upon appropriate measures of exhausted. and a chance for a reasonable remedy. The undelivered mail shall be destroyed after 15 days "AFTER of The Notification, Of which has not happened, nor given a response, and a fair chance to mail out property by Federal Postage which the plaintiff has had in his possession and denied the use of by staff.
(6). Unless the retention of such mail is in a diciplanary proceeding against the inmate, it "WILL BE", PROMPTLY MAILED or returned to the inmate.

No provisions have been met nor responded to by staff et, al.

Therefore I,  Willie Bell declare and make known to the U.S.

Postmaster that I wish to file charges against all parties involved, and request the appropriate documents and forms necessary to file.

DATED 1-24-08    Signed Willie Bell

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>"SEE ATTACHED et, al.</u>

(E.g., right to medical care, access to courts,

<u>1st, 5th,6th,8th,9,&14th Amendment Federal, & Civil Rights.</u>

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Warden V.M. ALMAGER  by  (Structural Policy), has allowed the

Due Process of the plaintiff be abused by staff,b& violated.

V.M. Almager is an active participant and an overseer of the acts

allowed and continue to proceed by, indiffrence of the plaintiffs

Constitutional rights. V.M. Almager allows the oppressive acts

by "MAIL TAMPERING, EXTORTION of PROPERTY, DENIAL OF ACCESS,Staff

manipulation of 602 Appeal process, Deprival of Property, and

"DISCRIMINATION by INDIGENT STATUS, depriving FEDERAL use of Pos-

tage, which is a Federal VIOLATIONS, OF LAW". An "ACT (S)" alrea-

dy transpired. "By "STRUCTURAL POLICY of these acts allowed, he

is liable for the acts of all officer (s), and or staff.

"SEE  ATTACHED"

PG 1 of 1  of CT 1.

Count 2:  The following civil right has been violated: <u>5,6,8,9,& 14th amend.</u>

(E.g., right to medical care, access to courts,

**Depriving access to mailing out property, also denouncing use of**

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,

etc.) **Federal Currency/ Postage to mail out property by CDCR Staff".**

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

On 12-14-07 My family ordered a package for me. Upon ordering my

Quarterly Package I had sent a list of various items that

I wanted. In that list it included an alarm clock item#X5153901Ø

whichis shown on the reciept INST RESTRICT which is restricted

either to receive in the Institution, or possibly an Item no

longer being sold, of which basically was the case. Nevertheless

being that the package was being sent as a "Christmas Gift".

When they were told by the package vendor that they could sub-

stitute it and get another item instead to replace it, they

agreed to and somehow they ordered a "MENS CASIO WATCH" for

me without knowing that in the past, I had already ordered a

watch and by prison policy, couldn't have two in my posession

while in prison. If ignorance of the "LAW" is no excuse then

"CDCR", Staff et&al, have no excuse for depriving the process

of normal "Outgoing Mail", especially while I had, and still

have the required amount of "FEDERAL POSTAGE" to properly mail

out, & not be a burden on the state, for mailing out private

property that was of no major concern to the state. Nor was

considered a "SECURITY ISSUE". Especially from their own Vendors"

These acts of "Extortion,Deprivation,Mail Tampering,Aiding &

abetting, of staff at each level to deny due process is a "BLAT-

ANT and a continued act that needs to be addressed. "CDCR has

placed itself above the law, and "Extorts the Law " by imple-

menting its own. Therefore by the act of deprival & access de-

denied. I hold the "Constitutional right to bring forth this

Civil Suit.    (SEE ATTACHED). (COPY OF REQUIRED POSTAGE)

Pg 1 of 1 of CT. 2.    SEE EXHIBIT # 1.

§ 1983 SD Form
(Rev. 2/05)

4

Count **2a** The following civil right has been violated: ___5th, & 14th Amendment.___

(E.g., right to medical care, access to courts,

___Denial of Access, due process, Property taken without compensation.___
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 2.]

On 12-27-07, I went to pick up my package that was sent to me.

Upon receiving all items except a "MENS CASIO WATCH, of which was

denied for me to have, by having one on my property card already.

The denial by package officer "Rosales" was understood by me.

He was only doing his job, as stated and also I didn't argue

understanding his position. His superiors had implemented this

rule of which he had to follow. THIS was the original "DENIAL"

of due process was when I asked can I use Federal Stamps and

was told no! I was told I had to have money on my books in the

amount of $25.00 at all times in order to mail out my property.

See Attached Exhibit. (  ). I again stated that I am Indigent

also that this property belongs to me and I should have the

"RIGHT" to mail out my property as long as I have proper postage,

and again I was "DENIED". I went in when it came time to lock

up at 4:30 and proceeded to fill out a CDC 602 of which I placed

in the mail on 12-28-07 to the appeals office and made a copy

for myself. On 01-02-08, I received this CDC 602 Informal Level

Route slip EXHIBIT #(2), STATING : OUR OFFICE does not log",

or Track "INFORMAL LEVEL APPEALS". Meaning just what it states;

"Your Appeal isn't tracked and has no basis or intrest to be

Heard". This "ACT" of Indifference is Blatant Disregard, to

the Federal Mailing Priviledge guaranteed by the Federal Gov'T.

This act of indifference by Appeal officer Garcia, should have

been to alert staff of this deprivation. Instead Garcia turns

a "BLIND EYE", VIOLATING DUE PROCESS, by stating on "Route Slip",

If I haven't heard anything in 30 days to respond back. This

PG 1 of Ct. 2A.

§ 1983 SD Form
(Rev. 2/03)

act shows blatant Indifference to the complaint, while having
it in hand upon the "Original 602 in front of him/her. By me
waiting for 30 days to pass by means they can do the same thing
again. This by their Title 15 allows them to claim they never
got a response, & can destroy after the "ORIGINAL 30 days has
passed by, and claim I forfited my right to my property by not
responding on time, or by not having funds on my books to be
able to mail it out, and not by the states expence, while neg-
lecting me the use of Federal Postage to remedy my own personal
"RIGHT" to use "Stamps" of which I had at the package window
and on my person while awaiting their efforts to work towards
"EXTORTING me of my Federal Rights" to use "Postage".

  See Title 15. Sec 3137 (a) (b). & 3147 5(b). & (6).
According to their "EXTORTION" process of the 602 appeal, and
their "Rules" according to the Title 15. Your claim becomes
NULL and VOID, up to the second appeal level. Also they state
if you don't win only after the second level you loose your
Property, your Rights, and basically Extorted out of your Rights!
NOTE: If you can't get passed the Informal level by the appeals
coordinator. How is one ever allowed to even get through the
other 3 levels, just to possibly get denied. First of all, Mail
or Property that wasn't confiscated because of I'll means is
not subject to, or under deprival to be mailed out. Especially
from an approved "STATE VENDOR, and never touched, or recieved
from the window, and still in posession of the "Package Officer".

Page 2 of ct. 2A

According to the Title 15. 3147 #6 STATES: Unless the retention

of such Mail is required in legal or disciplinary proceedings

against the Inmate, can they refuse to Mail out. This is not

the case. My property shouldn't be held against me. Depriving

of my "Right!   Property not held for disciplinary purposes.

3147 (B) States: Incoming mail disallowed shall be destroyed

**"OR" MAILED OUT" at the inmates expense to an approved outside**

correspondence. The undelivered mail shall be destroyed 15 days

after the "NOTIFICATION" is forwarded to the Inmate, of which

has not transpired as of yet! Today is 01-15-08. 15 days past

due, and "NO NOTICE". It also states that as long as I have

funds on my "Trust Account", or Postage, I can mail out my pro-

perty as long as sufficient Postage is in my possession. See

3147 (B).

Appeals coordinator D.J. Deguess is also made aware of his staffs

deliberate indifference, and also approves of these acts, by

the approval given by his stamp of approval on the CDC Route

Slip, encouraging these acts by Appeals officer Garcia.

CCII DEguess & Garcia, also suppress the right of freedom of

Freedom of Speech, by not allowing a proper response as to

the disposition being taken by staff, and by conspiring to supp-

ress the active voice of the plaintiff to be heard in his behalf

in regards to his property, and depriving him his 1st const

rights which are guaranteed under the Constitution.

page 3  of ct. 2A

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count **3**  The following civil right has been violated: Access to mailing out my
property, Denying Sentimental Right to give away to "FAMILY MEMBR
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 1.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

CT.1 . The policy implemented by staff hindered my "ACCESS" to
mail out my personal property.

CT2.  This policy hindered & deprived me of mailing it home as a
Gift to my nephew. Staff deprived me of this right, and deprived
not only me, but a child of receiving this "GIFT". By the negli-
gance of all parties involved, my "Family who paid for this item
has also been victimized by the cruel and un-called for acts by
staff,and the supposed to be more "Responsible Officers who dis-
regard the "RIGHTS of OTHERS".

CT. 3. The establishment of CDCR having a powerful "UNION" and
counsel to represent them upon the filing of this CIVIL CASE"
should not constitute the denial of this claim, nor the CIVIL
RIGHTS" garanteed by the constitution.

Wherefore the plaintiff prays that the Courts will accept this
claim based on all factual claims stated, and shown.

Under penalty of perjury, I claim all these claims to be true.

Dated 1-24-08          signed Willie Dell

PG 1 of 1  of CT 3

§ 1983 SD Form
(Rev. 2/05)                          3

## " PRAYER FOR RELIEF "

The Plaintiff Willie Bell Jr. request that the Courts hear this prayer for relief. The plaintiff request that the Courts grant all Injunctive relief requested,punitive,compensatory relief, comparative acts according to, as stated.

The plaintiff request that the Courts grant him the right to a "JURY TRIAL, & when requested and or needed, the right to Defense Counsel. The plaintiff also request that he be allowed the right to a "Evidentry Hearing", when deemed appropriate by the Courts.

The plaintiff prays that the Courts grant the submitted motion and Civil Complaint as for now in pro se.

The plaintiff also prays that the Courts will excuse any un-professional filing (s), errors, spelling and punctual, and or legal, being that the plaintiff is not astute in law, nor totally competent to professionally represent himself.

The plaintiff thanks the Courts for this consideration.

Executed this day __1- 24- 08__    Signed _Willie Bell_

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised: _____

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☐ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

_____

_____

§ 1983 SD Form
(Rev. 2/05)

6

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): **SEE ATTACHED MOTION/**

**INJUNCTION** _____

_____

_____

    2. Damages in the sum of $ **CIVIL DAMAGES $250,000**

    3. Punitive damages in the sum of $ **$600,000**.

    4. Other: **as deemed suitable by courts**

        **For a sum total of $850,000**

## F. Demand for Jury Trial

    **+ $8.80 for 1 Mens)**
    **Casio Watch**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**1-24-08**
Date

*(signature)*
Signature of Plaintiff

Exhibit

## INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
CA-22 (9/92)

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|-----------------|-----------|
| 01-24-08 | U.S. POSTMASTER/FILING A COMPLAINT | BELL, W | H-90929 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---------|-----------|-----------------|-----------|------|-----|
| B-5 | 239 L | N/A | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | FROM | TO |
|------------------------------------------|------------------|------|-----|
| | | | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

**See Attached**

Mailed to M.P. Gallegos   on

My
/ signature    Will Bell
H-9092[

Do NOT write below this line. (Place completed form in the appropriate place.)

| INTERVIEWED BY | DATE |
|----------------|------|
| | |

| DISPOSITION |
|-------------|
| |







Heres Proof I had Postage
+ Still was Denied

Exhibit #1

## CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: _____ **BELL** _____ CDC # _____ **H90929** _____ Housing: _____ **B5-239L**

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated **12/28/07** regarding **PROPERTY** has been forwarded to the **R&R SGT** for an Informal Level Response. NOTE: **Our office does not log nor track Informal Level Appeals or Appeals from other institutions.**

If you have not received a response in 30 days, attach a copy of this Informal Level Route Slip Receipt to an original CDC 602 form restating your issues/concerns. Attach the Informal Level Route Slip to your resubmitted appeal.

_____
D. J. DeGaus, CC II
Appeals Coordinator
Centinela State Prison

_____
**January 2, 2008**
Date

Exhibit # 2



STAMPS Recieved in P...d on 15 Nov Showing
I Had Proof of Enough Postage. AND Still Have.
See StampExhibit
Address Removed By me. Willie Bell JR. 1-20-08
H-90929 Will Rea...

Stamped Envelopes 100 (140 max. allowed)
No Letter Enclosed (Questionaire removed)
SUBJECT TO RESTRICTION PER
PC SECTION 2085.5

Willie Bell Jr. H-90929
C.S.P. P.O. Box 911
Imperial, Ca 92251
92251+0635—23...

SANTA ANA CA 927
15 NOV 2007 PM

Exhibit #3



1-800-GAG-5253
ACCESS SECUREPAK
KEEFE COMMISSARY NETWORK, L.L.C.          WAREHOUSE: U

1 EA  5144901O N CASIO F30-a WATCH        CAS.o F30   8.80   8.80

INFO ALMOST FADED OUT.
I re-wrote IN Pencil.   Wilber

EXHIBIT #4
MY  PURCHASE RECIEPT OF WATCH

| | Location: | Institution/Parole Region | | Log No. | | Category |
|---|---|---|---|---|---|---|
| | | 1. _____ | | 1. _____ | | _____ |
| | | 2. _____ | | 2. _____ | | _____ |

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Willie Bell | H-90929 | N/A | B-5 239L |

A. **Describe Problem:** Property. I received my package which had a "MENS WATCH" of which I've tried to mail home by Federal Postage which was denied by state policy, to start the process of Extortion of taking advantage of of my disability to have money on my books. This malicious act violated due process to have my property sent home by a state agency who willfully denounces and dosen't recognize Federal Currency", nor will allow me to participate in the normal basic Freedom of Liberty", guaranteed by the Constitution of the United States of America.

If you need more space, attach one additional sheet.

B. **Action Requested:** That I be allow to mail out my property by Federal Postage Stamps. 3138 (2). & 3147 5(B). And that a "MEMO", be placed on all all yard by the "WARDEN" the notification of the right to use Federal postage to mail out property, also that staff be given a scale for proper weight and postage.

Inmate/Parolee Signature: *Willie Bell*    Date Submitted: 12-28-08

C. **INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

**NONE!**

Staff Signature: _____    Date Returned to Inmate: _____

D. **FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

**EXHIBIT #5.**

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. _____ | | 1. _____ | _____ |
| 2. _____ | | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: _____

```
       IF I CAN't get past the Informal level,,  how was I,to even

      be heard within 30 days ?   OR even able to reach "ANY" form

         of a way to resolve this issue.  They still won't respond!
```

If you need more space, attach one additional sheet.

B. Action Requested: _____

Inmate/Parolee Signature: _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

EXHIBIT  5 A.

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                                              Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

..............................................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                              Date: _____

CDC 602 (12/87)

REPORT ID: TS3030 .701                                    REPORT DATE: 01/23/08
                                                          PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU JAN. 23, 2008

ACCOUNT NUMBER : H90929                        BED/CELL NUMBER: FBB5T2000000239L
ACCOUNT NAME   : BELL, WILLIE                  ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/09/2007 | H110 | COPIES HOLD | 0175 RGCOP | 0.20 |
| 01/03/2008 | H118 | LEGAL COPIES HOLD | 3840 01/02 | 0.40 |
| 01/03/2008 | H109 | LEGAL POSTAGE HOLD | 3842 01/02 | 0.15 |
| 01/14/2008 | H109 | LEGAL POSTAGE HOLD | 4083 01/11 | 0.97 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 1.72 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 1.72- |

Exhibit #6.

THIS EXHIBIT SHOWS NO FUNDS AVAILABLE TO BE ABLE TO PARTICIPATE

IN PRISON MAIL OUT, AND BEING EXEMPT AND DISCRIMINATED AGAINST

BY HAVING NO FUNDS IN MY ACCOUNT".

Willie Bell  1-24-08

# Memorandum

Date:

To:
     Inmate Name: ✗ _____
     CDC Number: ✗ _____
     Housing/Bed/Cell # ✗ _____         Hold #: _____

Subject:     MAILOUTS PENDING TRUST/ACCOUNT APPROVAL

The property you are mailing out is being held for 30 (thirty) days in Receiving and
Release pending funds available for $ _____ to cover (UPS) shipping charges. It is
your responsibility to maintain a minimum of $25.00 available in your account for the
Mail-Out Officer. I understand the entirety of this form and I will not hold the State of
California Department of Corrections and Rehabilitation liable for any property donated
due to lack of funds on my behalf.

Failure to comply with money being placed on your account within the time allowed will
result in your property being donated to the State.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE!!!!!!!!!

Signed _____
      Correctional Officer
      Receiving and Release
      Centinela State Prison


S. J. WILHELM
Receiving and Release Sergeant
Centinela State Prison

D. CAPELLINO
Custody Captain
Centinela State Prison


cc:   Package
      Inmate
      Property Card            **Exhibit #7.**

# TRUST ACCOUNT WITHDRAWAL ORDER

DATE: _____

TO: Warden Or Superintendent                    Approved By: _____

I hereby request my Trust Account be charged $_____for mailing out the item(s) indicated below, and authorize this sum be taken from my account.  I am aware that I am responsible to keep a minimum of $25.00 in my account for the Mail-Out Officer.


_____                    _____
NAME (Signature) DO NOT PRINT                    CDC NUMBER

Item(s) mailed:

_____

_____


Print the name and address of the personal you want to receive your item(s).
*No P.O. Boxes:   *    *USA Addresses ONLY*

## TO:

NAME:        _____

Address:     _____

City:        _____

State:       _____ Zip: _____


_____
(Print Your Full Name Here)
.........................................................................................
.........................................................................................

CENTINELA STATE PRISON
2302 Brown Road                                        PKG. #_____
P.O. Box 901
Imperial, CA  92251

       INMATE NAME: _____ NUMBER: _____

## TO:

NAME:        _____

Address:     _____

City:        _____

State:       _____ Zip: _____


Exhibit #7 (a).

## CENTINELA STATE PRISON
## PROPERTY RELEASE STATEMENT

**INMATE NAME:**_____ _CDC #_____

I herby authorize CENTINELA STATE PRISON to dispose of the following items of my personal property as listed:

**CIRCLE ONE:**            **DONATE**            **MAIL OUT**

1._____

2._____

3._____

4._____

5._____

6._____

7._____

8._____

9._____

10._____

11._____

12._____

13._____

14._____

15._____

**NOTE:**    When an inmate chooses to mail items out he must fill out a **MAIL OUT/TRUST WITHDRAWAL FORM**.

Reason(s) item(s) were confiscated:_____
_____
_____

Inmate Signature:_____ Date:_____
Staff Witness:_____ Date:_____

Ehibit #7 (b) .

C.S.P.  BLDG 5 239L          EXHIBIT 7. C

01-24-07

**ATTN:  APPEALS COORDINATOR  D.J. DEguess**

**IN RE:  CDC 602  at Informal Level**

**(NO  RESPONSE).**

1. It has been to my attention and knowledge that the staff here at Centinela State Prison work dilligent towards not answering Informal Level appeals.

2.  On 01-02-08  you sent my **CDC 602 Appeal** to the **R&R Staff/ Seargeant** who refuses to answer my 602 that your office sent via state mailing process.

3.  Being that your officer Garcia has been notified of the problem, and you are now formerly being notified. I am asking what is the normal proceedure for filing a complaint against a departmental staff, and will you assist me in the proper proceedures and how do I "File" A COMPLAINT TO THE U.S.POST-OFFICER HERE AT Centinela State Prison.

4. Being that you forwarded my complaint to the **R&R STAFF** & no response is being given. Will you please explain how will my complaint be answered, if it is not being tracked or logged?

It has been 25days since Iv'e sent in my complaint/ 602 Appeal. Does your office notify them, to get the issue resolved, or does it mean my complaint dosen't have merit for a response? I thank you ahead of time for your coming response.

I have my own copy -please keep

01-24-08


**ATTN: MAIL ROOM STAFF**
  **M.P. Gallegos**


**IN RE: FILING CHARGES**
   **Federal/Complaint**



   I Willie Bell, do declare that the following statements are true. I have been violated out of my Civil Rights by the staff here at Centinela State Prison. According to the Title 15. Sec. 3132. Rights & Responsibility. it states (a). Correspondants such as myself am personally responsible for the content of each Item of mail "I SEND OUT". <u>"ANY" VIOLATION"</u> of LAW" "WILL BE" referred to the postal authorities and to appropriate "Criminal Authorities". "It includes staff also".

(b). States that departmental employees must comply with the regulations set forth in this article, and with "Mail Proceed-ures. Failure to do so may result in legal or criminal filing measures against the person, or persons Involved. See Procunier vs. Martinez, 416 U.S. 396.


I have been denied due process by staff and want to file charges with the PostMaster or the appropriate staff here at Centinela STATE Prison. I WOULD ASK THAT I NOT get this letter re-routed to some party or staff to avoid this filing, nor to block due process by hindering me in any way.


I was told and denied the "Access of Mailing out my property by U.S. Postage and had my property taken that came in a package and never given back .Never did I Get a receipt, nor got a 15 day Notice, required by the title 15 Sec. 3138 (c). Sec. 3147 (b). states that I have the right by law, to use Federal Postage of which,I had in hand and was denied at the package window on 12-27-07. This act violated my due process to use the postal system and was not, nor is or can be construed as Harmless error, being that the rule at the Package Window on B-yard is you can't USE STAMPS TO MAIL OUT YOUR PROPERTY". As stated by Rosales the package officer for B- Yard.


  EXHIBIT 8.

Continued:


The staff in R&R have been practicing this household rule

for the longest. This isn't my first occurance with them. They
take property from the inmates, and keep it, giving no receipts
of what they took, and send you on your way, extorting you out
of you property.


R&R  "HAS NO"  record nor have I GIVEN THEM THE RIGHT", to take
my Brand new property, never taken out of the box.  I had stamps
to mail it out and was told no!  (Twice).


According to the Constitution, my  Civil Rights have been Viol-
ated by these actions stated,and I am requesting help to file.


1.    R&R Staff have denied me access to participate in using
the  postal system, and denounced the use of postage stamps.


2.    R&R has extorted me , and deprived me of my property accord-
ing to the 14th amendment, and the 6th. (Denied due Process.)
BY Mail Tampering). Staff took away my liberty to use postage.


3.    Discriminated against me, by claiming being Indigent I cant
use the Mailing process as due to all Americans, because I don't
have any money on my books, and stamps aren't allowed for use
by implenting their own " In House Marshall Law."   See Exhibit
                                                        "Attached"
4.
Not only extorting my family out of their money, also depriving
me the right to send it to whom I choose,/ my nephew. They've
destroyed all sentimental value that was to be sent out with &
by the property.


                        P 2.    EXHIBIT 8(a)

Continued.......

I ,  Willie Bell do declare that all the following is true.

    I am not the only one who has suffered this act of prison
extortion.  I AM NOW ASKING THAT:

   1.The proper and appropriate measures of due process be app-
ointed to me , and that I receive the forms needed to file and
begin this process.

                            Sincerely,

                         Willie Bell  H-90929
                         B-5  239 L

                    P. 3     EXHIBIT 8 (b)

## "STATEMENTS OF FACT"

**I, Willie Bell do declare THAT:**

        the staff here at Centinela State Prison , collection

a daily basis from"ALL" their yards, multiple private property

thats not being properly accounted for, and allowed to be pock_

-eted by corrupt staff, who manipulate inmates out of items,

paid good money for by whatever source it was derived by, and

allowed to be proclaimed destroyed by staff, nor of how or where

it is.

Inmates hold the right to know where their property is going,

since they are being extorted out of it whether new, used, or old

items.

Staff collects : Radios, T.V's, CD-PLAYERS, Tapes, CD's, Tennis _

SHOES, Jewerly, Headphones, clothes, Watches, and many other

Items. In order for the Inmate to get a replacement, one must

donated it. to replace it, or mail it out. And for those with

no funds, get extorted out of their goods, "Violating the 14th

amendment, by taking property without a receipt given, which by

design of mailing process, gives no equal protection of the law".

By giving no receipts, one cant claim he even owned the property

unless he kept his original receipt, upon getting the Item when

purchased as new.

EXHIBIT 9

EXHIBIT 10.

FACTUAL PROOF OF CLAIMS.

I Willie Bell do declare that by these afadavits and"EXHIBITS SHOWN", prove the elements being stated in regards to the fact- ual claims made.

1.

EXHIBIT  #7. shows that the staff manipulate the inmates by stating that the only way to do a mail out is by U.P,S and they discriminate by enforcing that you must have $25.00 on your account in order to participate in the mail out process. (SEE EXHIBIT #7.)

2.

Staff discriminates  by factual evidence by my INDIGENT STATUS. Being incarcerated excludes one from gaining a paye check. Therefore incapable of having funds, if not allowed an prison job to have accountable funds.  I do not have a prison job, and therefore being discriminated against.

3.

By the way staff has written this "MAILOUT/TrustACCOUNT FORM", It takes away my right to even mail out my property with POSTAGE STAMPS, by  (1.) Not even include the use of stamps on the form. This bias contract is written in only their intrest. (2.)  Next they "EXTORT US" by claiming if I don't have money I wont hold them responsible if they take my brand new "property".

EXHIBIT 10 (a)

FACTUAL PROOF OF CLAIMS.

4.

Next  they state that by me failing to comply to find a way

to furthur their EXTORTION game, by finding someone to send me

their hard earned money, that again they will take my property.

Now my "FAMILY and or FRIENDS", HAVE TO BE PLACED IN A POSITION

TO BE MANIPULATED by "Prison STaff", for their money. **NOTE:**

**THEY ARE NOT IN PRISON, NOR SHOULD STAMPS BE EXCLUDED,** IN ORDER

TO GAIN THEIR FUNDS,  ( By CREATING THEIR OWN $25.00 status,in

order to participate. This  "IS" cruel and unusual punishment.

5.

Next they claim **"This is the Only notice you will receive".**

Again, as stated earlier, they have not contacted me about my

property, and are awaiting 30 days to pass to keep my property,

and claim I forfited my rights, by not allowing the use of "STA‐

MPS":

6.

Therefore by claiming this is the only notice I will receive,

shows and proves that the "APPEAL System" is designed not to

answer my claim or appeal at the "INFORMAL LEVEL, of which has

not transpired.. Therefore by their own "Mailout form which

which clearly shows by exhibit. That nowhere do they show, nor

account for the use of stamps.  This "IS" the only form used

by staff to do a "Mailout".

By all factual statements shown, do I ask the courts to grant

all relief in behalf of the petitioner, and that these claims

be allowed to proceed, in light of all violations suffered by

the pettitoner.

Respectfully Submitted,

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I.(a) PLAINTIFFS**

Willie Bell, Jr.

DEFENDANTS

Almager, et al

2354

FILING FEE PAID
Yes    No

IFP MOTION FILED
Yes    No

COPIES SENT TO
Court    Pro Se

FILED
2008 JAN 28 PM 3: 51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Willie Bell, Jr.
PO Box 911
Imperial, CA 92251
H-90929

ATTORNEYS (IF KNOWN)

'08 CV 0165 H AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

### 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

[nature of suit checkbox grid with 550 Civil Rights marked]

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒1 Original Proceeding ☐2 Removal from State Court ☐3 Remanded from Appellate Court ☐4 Reinstated or Reopened ☐5 Transferred from another district (specify) ☐6 Multidistrict Litigation ☐7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE    Docket Number

DATE    January 28, 2008    SIGNATURE OF ATTORNEY OF RECORD R. Miller