**FILED**

2008 JAN 28 PM 3: 58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RM DEPUTY

Petitioner

Willie Bell

vs.

Defendants et, al

Warden V.M Almager et, al...

CASE NO. **08 CV 0165 H AJB**

Motion request for

~~Appointment of Counsel~~

& declaration of

petitioner in pro se...

UNTIED STATES DISTRICT COURT

Southern District of California

2254    1983

FILING FEE PAID

Yes_____    No____

IFP MOTION FILED

Yes_____    No____

COPIES SENT TO

Court____    Pro se____

To the above Titled Court:

I, Willie Bell the petitioner in the above matter request

the court to appoint an "Attorney" to represent me in the

above matter presented in court.  In support of such request

I hereby do declare that I have no income or assets.

Executed this _____ day of _____, 2008. at

Centinela State Prison, PO.BOX 911, Imperial, Calif 92251

B-5  239L..

I hereby do declare that the foregoing is true and correct.

Dated 1-24-08    Signed. Willie Bell

Respectfully Submitted.

Willie Bell Jr.

## DECLARATION  OF........

I ., Willie Bell CDC# H -90929  do declare under perjury;

I am the petitioner in the above listed action, and if called to testify to the Information within, I could do so based on all facts that occurred, and to the best of my knowledge of this Information within.

The petitioner is a functional Illiterate with an high school education and limited access to the prison law library. Petitioner is without expierence or education in the practice of law. This motion is made and based in the inerest of justice and pursuant to Cal.Rules of court 4.551 (c)(2). Title 18 §3006(a) of the federal rules of procedures.  Whenever the United States Magistrate or the court determines the Interest of justice so require representation may be provided for any financially eligible person who (b) is seeking relief under section 2241, 2254 of title 28.  The court must appoint counsel where the complexities of the case as such, that denial of counsel would amount to a denial of due process. Brown VS. U.S. (1980 9th), 623 F.2d 54.61 and or where the petitioner is a person of such limited education and incapable of adequately presenting his claims.

**Declaration of** . . . . . . . . . .

Petitioner respectfully request counsel as the issues are complx in this case.

I declare under the laws of the State of California that the foregoing is true and correct. Executed this day of ___*January 24th*___ , 2008. In the county of Imperial, California, 92251.

Respectfully Submitted,

*Willie Bell H-90929*

petitioner in pro se.

p. 2