Willie Bell Jr. H-90929
Centinela State Prison
PO.BOX 911
Imperial, Ca. 92251
B5 Cell 239L
IN Pro Se...



FILED
2008 JAN 28 PM 3:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 CV 0165 H AJB

| | |
|---|---|
| MR. Willie Bell Jr.<br><br>            Plaintiff<br><br>    VS.    Defendants<br><br>CALIF DEPT OF CORR et, al....<br><br>V.M. Almager  Warden<br>CCII D.J. DEguess<br>Appeals-Coordinator/ Garcia<br>R&R Seargeant/ Staff et, al | CIVIL CASE NO:<br>Notice of Motion<br>request for Injunction<br>allowing use of Federal -<br>Postage by inmate (s), AND<br>Post Proper Memos Allowing<br>use of stamps, & Require<br>Warden to train Staff properly<br>and Warden Provide scale & hold<br>proper Tools for mailing<br>purposes.needed by staff, for<br>all yards & package windows. |

To theDistrict Court Magistrate Judge for the Southern District of California: PLEASE TAKE NOTICE that the plaintiff wishes to move the court through pro se, until appointed counsel, to grant this Motion for an Injunction. this said Injunction is necessary to put a stop and a end to the acts being performed against the plaintiff, and the inmate population here at Centinela State Prison. This petition is based on the factual claims stated and shown by exhibits and factual acts claimed and stated under oath by the plaintiff. The plaintiff prays now that the said court will move in behalf of the violations that exist, and will continue until acted upon and granted by the courts.

Declaration of .......

I Willie Bell, declare as follows:

I am a plaintiff and filing this motion in regards to requesting that an "Permanent Injunction be placed on the defendants.

This Injunction request is necessary to provide a safe guard to protecting the rights of other inmates in the near future and to insure that the flood gates won't be opened to more unnecessary and frivilous filings that will more than likely will occur if this problem is not dealt with, in regards to allowing the inmates to use Federal Postage as all United States citizens are allowed this freedom guaranteed under the constitution.

The plaintiff also request that an Injunction be granted in behalf of the plaintiff "Permanently allowing a "Restraining Order be granted, restraining the defendants from approaching, Harrassing, and or Questioning the plaintiff in regards to this complaint.

The plaintiff would request an Immeadiate response, in having the warden V.M. Almager respond to this complaint, and Post the appropriate "memos' needed to show that this Injunction has been complied with, and or staff retrained to understand the actual process and handling of incoming and out going mail

P. 1

Declaration of ........

The plaintiff moves the courts to request an Injunction that will bar the "Officials" at Centinela State Prison from stopping the use of Federal Postage Stamps to mail out their personal property, by the R&R Staff. et, al...
The plaintiff prays that the courts will grant this request for a Permanent Injunction. that will safeguard and Insure that the rights of the plaintiff will be protected, and the the rights of all inmates who fall under these violations and or will if this injunction is not granted. The use of Federal Postage Stamps is a Federal right, not to be deprived.

The plaintiff also request that this Injunction require that the "Warden make available to the package officers a scale that allows for the outgoing mail/ packages a proper weight measurement to assure that the required postage is met by the inmates before outgoing mail is processed, and that staff be supplied a weight chart showing amounts needed for "Postage", and that receipts be made available at the package window for for all property taken, and be accounted for.

Respectfully Submitted,

Plaintiff in Pro.Se.

Willie Bell H-90929

INJUNCTION REQUEST

The plaintiff prays for Injunctive relief according to as listed.

1. Injunction baring defendants from harrassment,& ect....
   (Order RESTRAINING AGAINST).

2. Injunction requiring Warden to "Post Notice", allowing use of Federal Postage.

3. Injunction requiring "Warden" to make available a scale for postage weight, per staff use .   "For proper mail amts".

4. Injunction requiring "Warden" to make available to all inmates, a "RECIEPT", for all property taken, and that all property be accounted for.

5. Injunction, requiring that all property not under investigation, or just for package mail outs, be Imeadiatly sent out, and that Informal Level request receive a response in regards to all personal property issues.

6. Injunction requiring that staff meet the 15 day "Notice", AND SEND BY MAIL TO THE INMATES", in regards to "Disposal and a chance to respond in regards of disposal by mail, allowing due process as required by law. "A Receipt & or Notice".
   (SEE Title 15 Sec. 3147 (b).
   Disposition of Mail.

7. That staff be retrained in the proper handling of mail, to insure constitutional rights won't be

("Again Violated").

VERIFICATION

STATE OF CALIFORNIA   ) On this day, Listed Court Pleadings Were Given
COUNTY OF IMPERIAL    ) To Prison Official For Filing/Mailing
       ( C.C.P. §446 & 2015.5; 28 U.S.C. §1746

I, Willie Bell, declare under penalty of perjury that: I am the Plaintiff in the above-entitled action; I have read the foregoing documents and know the contents thereof; and the same is true of my own knowledge except as to matters stated therein upon information and belief, and as to those matters, I believe they are true:

Executed this 24 day of January, 2008, at Centinela State Prison, P.O. Box 911, Imperial, CA 92251

[Signature] Willie Bell
DECLARANT/PRISONER

************************************

PROOF OF SERVICE BY MAIL
( C.C.P. Sec. §1013 (a) & 2015.5; 28 U.S.C. Sec. §1746.)

I, _____, am a resident of Centinela State Prison, in the County of Imperial, State of California; I am over the age of eighteen (18) years and am not a party of the above-entitled action. My state prison address is:

P.O. Box 911, Imperial, CA 92251.

On 1-24-08, 2008, I served the foregoing:

Proof of service to the U.S. District Court for Motions of Instructions / Request for Counsel & Submitted A Civil Suit in Pro Se

(Set forth the exact title of document(s) served.)

on the part(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States Mail, in a deposit box so provided at Centinela State Prison, P.O. Box 911, Imperial, CA 92251, addresses:

There is delivery service by United States Mail at the so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-24-, 2008

Willie Bell
DECLARANT/PRISONER