Willie Bell Jr.
(Name)

C.S.P. PO.BOX 911
(Address)

Imperial, Ca. 92251 B-5
(City, State, Zip)

H-90929 239-low
(CDC Inmate No.)



FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

MR. Willie Bell Jr. et, al..,
(Enter full name of plaintiff in this action.)

                Plaintiff,

v.  Warden, Almager V.M. ET, AL

Appeals coordinator (Garcia)

CC II D.J. Degus (Appeals Coord.).

R&R Staff,/ Package Mailing Officer (s).
(Enter full name of each defendant in this action.)
                Defendant(s).

CASE NO. 08-CV- 0165 H(AJB)
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff:   This complaint alleges that the civil rights of Plaintiff, Willie Bell
(print Plaintiff's name)
CDC# H-90929, who presently resides at Centinela State
(mailing address or place of confinement)
Prison P.O. Box 911 Imperial, California., were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Centinela
State Prison on (dates) 12-28-07, _____, and still
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)
continue till date.



NO STATE SHALL:

Nor shall any Entity, Prison Official, Staff, make or enforce "ANY LAW" WHICH SHALL and has already abridged the priveleges of the citizens of the "UNITED STATES".

Nor Shall "ANY Correctional Facility, or agents deprive any person of life, liberty to freely use Federal Postage for what it was intended for, without 'Due Process of Law".

Nor deny to "ANY" person within it's jurisdiction the equal protection of the "Law'.

Note: the Warden/ State of Calif CDCR is being sued for acts committed, & that violated Constitutional Rights of the said plaintiff in the amount of $ 250.000 ....... (Civil Rights Violations et, al listed within the body of Civil Suit.

(And amount loss of Property), AND PUNITIVE DAMAGE $600.000 & cost of watch. $8.80. &(sentimental Value Loss),NO PRICE CAN BE PUT ON.

Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **V.M. Almager**, (name) resides in **Imperial, Calif** (County of residence), and is employed as a **"Warden"** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Under the color of law, allows(s) staff/officers to ~~"Extort Property of the Inmate Willie Bell, manipulate prison rules above the law, & Violate due process, of the~~ 5, 8, 9, & 14th amend.

Defendant **Garcia Appeals Coord-** (name) resides in **Imperial Ca, at C.S.P.** (County of residence), and is employed as a **Appeals Coordinator.** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Under the color of law, Garcia willingly violates the Due Process by Aiding and Abetting Staff to manipulate the Appeal ~~process by covering Issues & due process by unjust denial of appeal~~ by (CONSPIRAC)

Defendant **Deguess D.J.** (name) resides in **Imperial, California** (County of residence), and is employed as a **CC II Appeals coordinator.** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Under the color of law, Degeuss willingly violates the Due process by Aiding and Abetting Staff to manipulate the appeal process by unjust denial(s), which violate due process by (CONSPIRACY).
on 12-28-07

Defendant ~~R&R Package Officer~~ (name) resides in ~~Imperial, California~~ (County of residence), and is employed as a **Mailing package officer** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Under the color of law participates in violating Federal law. Also staff violate 3147 B(6)&7 and all listed violation (s), & the Title 15. ~~Also any other future action(s) derived~~ by and during this filing including punitive and injunctive damages listed and or incurred by staff in retaliation.

"Now or in the near future.
    R&R STAFF et, al..........
STAFF WILLFULLY VIOLATE ALL STATED AMENDMENTS AND VIOLATIONS. AMEND 1,5,6,8,9, & 14th amend.  By supperssing speech, deprival of property, no response to 602 appeal, deprival of due process & ACC ESS to mail, deprival & diminished sentimental value, and all others listed within this complaint, and or derrived by any future acts out of retaliation by staff, et, al.

(Rev. 2/05)

ARTICLE 4.

General policy

3130. States: The privacy of correspondence between inmates and persons outside correctional facilities shall not be invaded, except as may be necessary to prevent physical injury to persons and to maintain the security of correctional facilities and the community.

Note: Authority Cited: Section 5058, Penal Code. Reference Section 2600, 2601 (d), 5054 PC. Procunier v. martinez, 416 U.S. 396.

3131. Plan of Opperation.

Procedures of the correctional facility shall conform to the policies, regulations and provisions of law, and shall apply to all inmates "AND STAFF", of the facility".   (ibid) Procunier V. Martinez".

3132. (a). "ANY"VIOLATIONS" of laws governing mail will be referred to "POSTAL AUTHORITIES" and to appropriate criminal authorities.

(b). Failure to do so may result in legal or administrative measures against the persons or persons involved.

3135. Correspondence

(b).   DISAGREEMENTS WITH THE SENDERS MORAL VALUES,CHOICE OF WORDS, ATTITUDES,OR VERACITY, shall "NOT" be used for disallowing mail to go out by Federal Postage". Correctional Staff shall not challenge or confront the sender or reciever with such value judgements.

3135(c). If the receiver of "ANY" MAIL", confidential or non-confidential directs a written complaint to administrative staff or to the institutional officials, due consideration "WILL BE GIVEN", TO "ANY" reasonable remedy sought by the individual, of which has "Already Been Denied", Nor responded to.

3138. Gen Mail Regulatons.
(d). Packages".
(1). Facilites "WILL Make", available to "ALL" inmates procedures for shipping packages to their correspondents. #(1)& (2).

3147 (B). **DISPOSITION OF MAIL.**

Incoming mail disallowed under the provisions of this article under facility provisions shall be destroyed upon appropriate measures of exhausted and a chance for a reasonable remedy. The undelivered mail shall be destroyed after 15 days "AFTER of The Notification, Of which has not happened, nor given a response, and a fair chance to mail out property by Federal Postage which the plaintiff has had in his possession and denied the use of by staff.
(6). Unless the retention of such mail is in a diciplanary proceeding against the inmate, it "WILL BE", PROMPTLY MAILED or returned to the inmate.

No provisions have been met nor responded to by staff et, al.

Therefore I, Willie Bell declare and make known to the U.S. Postmaster that I wish to file charges against all parties involved, and request the appropriate documents and forms necessary to file.

DATED 1-24-08   Signed Willie Bell

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: <u>"SEE ATTACHED et, al.</u>
(E.g., right to medical care, access to courts,
<u>1st, 5th, 6th, 8th, 9, &14th Amendment Federal, & Civil Rights.</u>
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Warden V.M. ALMAGER by (Structural Policy), has allowed the Due Process of the plaintiff be abused by staff, & violated. V.M. Almager is an active participant and an overseer of the acts allowed and continue to proceed by, indiffrence of the plaintiffs Constitutional rights. V.M. Almager allows the oppressive acts by "MAIL TAMPERING, EXTORTION of PROPERTY, DENIAL OF ACCESS, Staff manipulation of 602 Appeal process, Deprival of Property, and "DISCRIMINATION by INDIGENT STATUS, depriving FEDERAL use of Postage, which is a Federal VIOLATIONS, OF LAW". An "ACT(S)" already transpired. "By "STRUCTURAL POLICY of these acts allowed, he is liable for the acts of all officer(s), and or staff.

"SEE ATTACHED"

PG 1 of 1 of CT 1.

§ 1983 SD Form

2

Count 2. The following civil right has been violated: <u>5,6,8,9, & 14th amend.</u>
(E.g., right to medical care, access to courts, <u>Depriving access to mailing out property, also denouncing use of</u> due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) <u>Federal Currency/ Postage  to mail out property by CDCR Staff".</u>

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 12-14-07 My family ordered a package for me. Upon ordering my Quarterly Package I had sent a list of various items that I wanted. In that list it included an alarm clock item#X51539010 whichis shown on the reciept INST RESTRICT which is restricted either to receive in the Institution, or possibly an Item no longer being sold, of which basically was the case. Nevertheless being that the package was being sent as a "Christmas Gift". When they were told by the package vendor that they could substitute it and get another item instead to replace it, they agreed to and somehow they ordered a "MENS CASIO WATCH" for me without knowing that in the past, I had already ordered a watch and by prison policy, couldn't have two in my posession while in prison. If ignorance of the "LAW" is no excuse then "CDCR", Staff et&al, have no excuse for depriving the process of normal "Outgoing Mail", especially while I had, and still have the required amount of "FEDERAL POSTAGE" to properly mail out, & not be a burden on the state, for mailing out private property that was of no major concern to the state. Nor was considered a "SECURITY ISSUE". Especially from their own Vendors"

These acts of "Extortion,Deprivation,Mail Tampering,Aiding & abetting, of staff at each level to deny due process is a "BLATANT and a continued act that needs to be addressed. "CDCR has placed itself above the law, and "Extorts the Law " by implementing its own. Therefore by the act of deprival & access denenied. I hold the "Constitutional right to bring forth this Civil Suit.    (SEE ATTACHED).  (COPY OF REQUIRED POSTAGE)
        SEE EXHIBIT # 1.
Pg 1 of 1 of CT. 2.

§ 1983 SD Form
(Rev. 2/05)                    4

Count **2a** The following civil right has been violated: __5th, & 14th Amendment.__
(E.g., right to medical care, access to courts, __Denial of Access, due process, Property taken without compensation__. due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 12-27-07, I went to pick up my package that was sent to me. Upon receiving all items except a "MENS CASIO WATCH, of which was denied for me to have, by having one on my property card already. The denial by package officer "Rosales" was understood by me. He was only doing his job, as stated and also I didn't argue understanding his position. His superiors had implemented this rule of which he had to follow. THIS was the original "DENIAL" of due process was when I asked can I use Federal Stamps and was told no! I was told I had to have money on my books in the amount of $25.00 at all times in order to mail out my property. See Attached Exhibit. (7). I again stated that I am Indigent also that this property belongs to me and I should have the "RIGHT" to mail out my property as long as I have proper postage, and again I was "DENIED". I went in when it came time to lock up at 4:30 and proceeded to fill out a CDC 602 of which I placed in the mail on 12-28-07 to the appeals office and made a copy for myself. On 01-02-08, I received this CDC 602 Informal Level Route slip EXHIBIT #(2), STATING : OUR OFFICE does not log", or Track "INFORMAL LEVEL APPEALS". Meaning just what it states; "Your Appeal isn't tracked and has no basis or intrest to be Heard". This "ACT" of Indifference is Blatant Disregard, to the Federal Mailing Priviledge guaranteed by the Federal Gov'T. This act of indifference by Appeal officer Garcia, should have been to alert staff of this deprivation. Instead Garcia turns a "BLIND EYE", VIOLATING DUE PROCESS, by stating on "Route Slip", If I haven't heard anything in 30 days to respond back. This

PG 1 of Ct. 2A.

act shows blatant Indifference to the complaint, while having it in hand upon the "Original 602 in front of him/her. By me waiting for 30 days to pass by means they can do the same thing again. This by their Title 15 allows them to claim they never got a response, & can destroy after the "ORIGINAL 30 days has passed by, and claim I forfited my right to my property by not responding on time, or by not having funds on my books to be able to mail it out, and not by the states expence, while neglecting me the use of Federal Postage to remedy my own personal "RIGHT" to use "Stamps" of which I had at the package window and on my person while awaiting their efforts to work towards "EXTORTING me of my Federal Rights" to use "Postage".

See Title 15. Sec 3137 (a), (b). & 3147 5(b). & (6).
According to their "EXTORTION" process of the 602 appeal, and their "Rules" according to the Title 15. Your claim becomes NULL and VOID, up to the second appeal level. Also they state if you don't win only after the second level you loose your Property, your Rights, and basically Extorted out of your Rights! NOTE: If you can't get passed the Informal level by the appeals coordinator. How is one ever allowed to even get through the other 3 levels, just to possibly get denied. First of all, Mail or Property that wasn't confiscated because of I'll means is not subject to, or under deprival to be mailed out. Especially from an approved "STATE VENDOR, and never touched, or recieved from the window, and still in posession of the "Package Officer".

Page 2 of ct. 2A

According to the Title 15. 3147 #6 STATES: Unless the retention of such Mail is required in legal or disciplinary proceedings against the Inmate, can they refuse to Mail out. This is not the case. My property shouldn't be held against me. Depriving of my "Right! Property not held for disciplinary purposes.

3147 (B) States: Incoming mail disallowed shall be destroyed **"OR" MAILED OUT" at the inmates expense to an approved outside** correspondence. The undelivered mail shall be destroyed 15 days after the "NOTIFICATION" is forwarded to the Inmate, of which has not transpired as of yet! Today is 01-15-08. 15 days past due, and "NO NOTICE". It also states that as long as I have funds on my "Trust Account", or Postage, I can mail out my property as long as sufficient Postage is in my possession. See 3147 (B).

Appeals coordinator D.J. Deguess is also made aware of his staffs deliberate indifference, and also approves of these acts, by the approval given by his stamp of approval on the CDC Route Slip, encouraging these acts by Appeals officer Garcia. CCII DEguess & Garcia, also suppress the right of freedom of Freedom of Speech, by not allowing a proper response as to the disposition being taken by staff, and by conspiring to suppress the active voice of the plaintiff to be heard in his behalf in regards to his property, and depriving him his 1st const rights which are guaranteed under the Constitution.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 3 The following civil right has been violated: Access to mailing out my property, Denying Sentimental Right to give away to "FAMILY MEMBR".
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

CT.1. The policy implemented by staff hindered my "ACCESS" to mail out my personal property.

CT2. This policy hindered & deprived me of mailing it home as a Gift to my nephew. Staff deprived me of this right, and deprived not only me, but a child of receiving this "GIFT". By the negligance of all parties involved, my "Family who paid for this item has also been victimized by the cruel and un-called for acts by staff, and the supposed to be more "Responsible Officers who disregard the "RIGHTS of OTHERS".

CT. 3. The establishment of CDCR having apowerful "UNION" and counsel to represent them upon the filing of this CIVIL CASE" should not constitute the denial of this claim, nor the CIVIL RIGHTS" garanteed by the constitution.

Wherefore the plaintiff prays that the Courts will accept this claim based on all factual claims stated, and shown.

Under penalty of perjury, I claim all these claims to be true.

Dated 1-24-08   signed Willie Bell

PG 1 of 1 of CT 3

§ 1983 SD Form
(Rev. 2/05)

3

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised: _____

_____

_____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

The plaintiff sues each Individual in his/her capacity

for all acts claimed, stated, and shown by factual evidence.

DEFENDANT V.M. Almager (Warden) is sued in his official capacity

for the Comparative acts stated and shown: In the AMOUNT OF $250,000
for civil violations suffered / and all filing fees to later
be added.

#1.
    V.M Almager is being sued in his official capacity for allowing the acts of his staff to violate the Civil Rights of the plaintiff Willie Bell located at Centinela State Prison.

#2.
    V.M. Almager is being sued by allowing the plaintiff to be denied the right to "ACCESS of MAIL, Deprival of property, Deprival of freedom of speech, Due Process, Indiffrence of rights, Allowing the STRUCTURAL DESIGN of the Appeals Process deny rights of the plaintiff, Discrimination of Indigent status, Mail Tampering by staff, Staff Conspiracy to suppress Appeal, and Denying the use of Federal postage allowed and designed by staff et, al........

V.M. A.lmager is sued in the amount of the accumilitive acts
of staff in the amount of...... $500,000 for their acts alone

also V.m. Almager is sued according to and allowed and or
deemed by courts for being the overseer in the amount of....
    $100,000 for allowing negligance and punitive damages
of the plaintiffs civil rights being violated & TOLERATED.

"If not held liable for personal acts by staff, that he
be held liable for allowable, and or allowed acts as overseer.

    He is sued in the total amount for all acts inflicted by
staff, or for punitive damages alone, or as deemed by
the Courts".
        For a sum total of $600,000 in Damages. (Punitive).
AND $250,000 in civil damages for a total of
(COST OF WATCH) ALSO $8.80 ( 1 MENS CASIO WATCH)
.......................... $850,000

p 1

The plaintiff sue this Individual in his/her official capacity (s), for all acts claimed, stated, shown, by factual evidence.

DEFENDANT GARCIA/ Appeals Coordinator is sued in official capacity for the comparative acts stated and or shown.

# 1. UNDER THE COLOR OF LAW:" BY STRUCTURAL DESIGN OF "
Appeals coordinator Garcia located at Centinela State prison, is sued for these following acts......
Under the color of law Garcia willingly violated the rights of the plaintiff by "Aiding and Abetting staff by conspiracy, to deny the due process of the plaintiff by suppression of speech, manipulating the due process of the Appeal by "Suppression of the appeal at the Informal level thus denying due process of not being heard, by conspiracy to suppress the appeal. GARCIA IS SUED IN THE AMOUNT OF....

$ 125,000                      FOR THESE PUNITIVE ACTS.

# 2. UNDER THE COLOR OF LAW:"BY THE STRUCTURAL DESIGN OF"
Appeals coordinator Garcia is sued for allowing the denial of the right to "Access to Mail out property, BY the act of suppression, structurally designed to discriminate, deny due process of the plaintiff, by the appeals process.

GARCIA IS SUED IN THE AMOUNT OF  .....  $125,000
For punitive liability or as deemed fit by the Courts.

GARCIA IS SUED FOR THE SUM TOTAL AMOUNT OF.....  $250,000
IN HIS/HER OFFICIAL CAPACITY.    (And all filing fees)

Garcia proves "NEGLECT" by exhibit #2. & stating. they do do not track or log Informal Level Appeals. Thus denying inmate being heard.

The Plaintiff sues this Individual in his official capacity (s), for all acts claimed stated, shown, by factual evidence.

DEFENDANT D.J. DEgeuss/ Appeals Coordinator is sued in his official capacity for the comparative acts stated and or shown, and all punitive stated and shown.

# 1. UNDER THE COLOR OF LAW: " BY THE STRUCTURAL DESIGN OF "

Appeals coordinator D.J. DEguess located at Centinela STate Prison is sued for these following acts.
Under the color of law D.J. DEguess allowed his staff Garcia /Appeals officer to act under his supervision, and allowed by his CDC - 602 form the denial of the rights of the plaintiff by his subordinate staff "Garcia. SEE EXHIBIT # 2., dated 01-02-08. He is sued in the amount of..... $25,000 for this act......

# 2. UNDER THE COLOR OF LAW: " BY THE STRUCTURAL DESIGN OF "

D.J. DEguess willingly violated the the rights of the plaintiff by "Aiding and Abetting" the Appeal Coordinator Garcia by allowing him/her by conspiracy, to deny the due process by the suppression of speech, by allowing the manipulation of due process by the suppression at the Informal level, which denys the appeal of the plaintiff to be able to succeed in being heard. He is sued in the amount of $50,000 for these acts....... ( Claiming they do not log or keep track of See Exhibit#2. Informal Level Appeals.)"Proving Neglect"
# 3. UNDER THE COLOR OF LAW:

Appeal coordinator D.J. DEguess is sued for allowing the denial of the right to "Access to Mail outproperty, by the act of suppression, structurally designed to discriminate and deny due process of the plaintiff, by the Appeals process.

D.J DEguess is sued in the amount of; ........ $50,000 for this act.......
for punitive damage and violating the rights of the plaintiff...

He is sued in his Official capacity. In the total amount of

$125,000   (And all filing fees).

p 3

The plaintiff sues this Individual in his/her "Official Capacity for all act claimed suffered by the negligence of the "STAff / Sergeant of R&R  at Centinela State Prison.

DEFENDANT / R&R STAFF / Seargeant Wilhelm          is sued in his official capacity for the acts of his negligence, and the "EXTORTED ACTS" by his staff being allowed to violate the due process of the plaintiff and the inmates here at Centinela State Prison, by "Denouncing the use of FederalPostage to mail out personal property.

# 1.  "BY THE CONSTRUCTION OF THE  TRUSTWITHDRAWEL FORM EXHIBIT# 7-7 a & b, AND BY THE STRUCTURAL DESIGN OF THIS DISCRIMINATING FORM

Seargeant Wilhelm        is sued by allowing the plaintiff to be discriminated by staff , and denied the "Access to Mailing out property by Federal Postage, Deprival and extortion of property, with " NO RECIEPTS GIVEN" to show or account for property taken by EXTORTION, Discrimination BY Indigent status, denying the use of mailing process,Conspiracy to suppress knowledge of acts allowed by staff, and the denial of Federal POSTAGE designed to Extort funds form the plaintiff by claiming must have $25.00 at all times on books in order to participate in the mailing process, and denying use of stamps for mailing purposes, to stress, opress, and Extort families for cash on books , by strong armed extortion, when stamps would have still sufficed.

This defendant is sued for all accumilated acts allowed by staff.

THIS DEFENDANT IS SUED IN THE AMOUNT OF   ....... $125,000

FOR ALL VIOLATIONS STATED AND SHOWN for all puntitive

damages.    (And all filing fees).

p. 4

## " PRAYER FOR RELIEF "

The Plaintiff Willie Bell Jr. request that the Courts hear this prayer for relief. The plaintiff request that the Courts grant all Injunctive relief requested, punitive, compensatory relief, comparative acts according to, as stated.

The plaintiff request that the Courts grant him the right to a "JURY TRIAL, & when requested and or needed, the right to Defense Counsel. The plaintiff also request that he be allowed the right to a "Evidentry Hearing", when deemed appropriate by the Courts.

The plaintiff prays that the Courts grant the submitted motion and Civil Complaint as for now in pro se.

The plaintiff also prays that the Courts will excuse any un-professional filing (s), errors, spelling and punctual, and or legal, being that the plaintiff is not astute in law, nor totally competent to professionally represent himself.

The plaintiff thanks the Courts for this consideration.

Executed this day  1-24-08        Signed  Willie Bell
Re submitted  2-26-08                     Willie Bell

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): __SEE ATTACHED MOTION/__

__INJUNCTION__

2. Damages in the sum of $ __CIVIL DAMAGES $250,000__
3. Punitive damages in the sum of $ __$600,000__.
4. Other: __as deemed suitable by courts__

For a sum total of $850,000.

### F. Demand for Jury Trial

+ $8.80 for 1 Mens) Casio Watch

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

1-24-08
Date

2-26-08

Signature of Plaintiff

Willie Bell

Willie Bell
Re-Submitted

NOTE:

    With the amount of staff leaning against the walls having $60,000 a year conversations, and blowing Sun Flower seeds. "Somebody outta have enough energy to put together a stamp on a box and mail it out.

                                          PS. Just food for thought."