State of California

[ EXHIBIT 1 .)

Department of Corrections and Rehabilitation

# Memorandum

page 1 of 1.

**See Reverse side**

Date : SEPTEMBER 19, 2007

IN RE: "Property Cards".

To : C. KLINE, Correctional Officer
R & R Officer/Vendor Coordinator
Centinela State Prison

Subject: REQUESTING A MEETING / AGENDA SUBMITTED

The Facility B M.A.C. are requesting a meeting to discuss issues raised by the General Population. The issues we wish to discuss are as follows:

## TENNIS SHOE CLARIFICATION:
With increasing difficulties vendors are experiencing in locating manufacturers who produce an all white tennis shoe, the suggestion was made to re-implement a variation of the 80/20 color ratio tennis shoes may posses. Previous color restrictions would apply, there-by relieving some pressures vendor's are experiencing, providing variety, while still complying with Institutional needs.

## QUARTERLY PACKAGE & SPECIAL PURCHASE CLARIFICATIONS):
With the increased confusion concerning the definition of what a QUARTERLY PACKAGE and SPECIAL PURCHASE PACKAGE entails, the request has been made to produce this clarification, for example, we understand a:

- QUARTERLY PACKAGE: Any perishable and/or food items which can be purchased on a quarterly basis (1 every 3 months).
- SPECIAL PURCHASE PACKAGE: Any electrical appliance, clothing, CD's, vitamins/supplements and non-food items (but not limited to) which can be purchased on a monthly basis.

## APPROVED VENDORS:
We are requesting to be provided:

- A current list of ALL APPROVED VENDORS. This list would eliminate alot of questions currently posed.
- To be provided the list of restricted items which has been imposed by R&R. Currently, the understanding was when the Department of Corrections (and Rehabilitation) went to a Vendor "type" Package Service, all research was completed by Saramento, unifying every prison within the Department concerning what items ARE allowed and what items were restricted. If an item or items appears within any perspective vendor's catalog, those items are approved for purchase. However, this is not the case in some instances. For example (but not limited to);

NIKE Tennis Shoe – Air Up Tempo X (Access Catalog pg. 111)
Extension Cords (Walkenhorst Catalog pg. 10)
RUBBERMAID Storage Containers (Walkenhorst Catalog pg. 10)

**TRANSFER OF PERSONAL PROPERTY:**
This issue needs to be re-visited. Authorization can be obtained to allow the transfer of personal property from one individual to the next upon transfer and/or parole.

**HOT POT/EXTENSION CORDS/ELECTRICAL ACCESSORIES:**
With talks currently in progress to place hot pots, extension cords (head phones, electrical cords and electrical accessories ("P" plugs), coaxial cable, splitter, ect...) within the Institutions Canteens, discussion need to start in regards to remove these items as registered appliance(s).

**PROPERTY CARDS:**
The following issues are raised:
- Answering GA-22 Inmate Request for Interview Form when an individual submits a request of a copy of their Property Card. (It is understood that a CDC-193 Trust Account Withdrawal Form is to accompany the request Form.)
- Lost Property Cards and/or Files that are re-generated do not reflect the entire individual possession or personal property.
- Housing Unit Inventory Sheets needs to reflect what R&R's Property Card and vice versa.

This submission should be considered as our agenda. Although it is understood time is required for the necessary research, a scheduled meeting at your earliest convenience is requested to resolve these issues as soon as possible. Thank you for you time and consideration in this matter. If you have any further question, please feel free to contact me at the Facility B Program Office or at extension 6202.

Without Prejudice, UCC 1-207 & 1-103

G. L. Barnes, T-94664
B3-136L
Facility B M.A.C. Chairman

W. Jackson, C-57489
B2-138L
Facility B M.A.C. V-Chairman

APPROVED for Distribution

T.J. Napolitano
Facility B Lieutenant

Please review & return with date and time for meeting:

C. Kline                    date:          time:          Location:
R&R Officer/Vendor Coordinator

State of California

Department of Corrections and Rehabilitation

# Memorandum

EXHIBIT   2

Date   : November 12, 2007

SEE REVERSE SIDE

To     : R. Dubbe II
         Administrative Lieutenant
         Public Information Officer

Subject : MINUTES TO MEETING DATED OCTOBER 25, 2007

On this date a meeting was called by R. Dubbe II, Administrative Lieutenant / Public Information Officer. The main purpose of the meeting was to meet with the new Ombudsperson for Centinela State Prison, Holly Adams. Prior to the meeting with her, the following areas were discussed between the IAC Membership and Mr. Dubbe II.

## NEW INSTITUTIONAL TELEVISION STATIONS

The IAC Membership was asked to select three stations for implementation. The stations were chosen from the existing package of stations that have been made available to the institution at this time. The stations selected will be the following:

**TBS**
**TLC**
**OXYGEN**

The alternate selection will be, Cartoon Nicktoons.

The IAC asked about the possibility of ESPN as well as other programming channels. Mr. Dubbe stated that he would look into the possibility of this station being provided to the institution. He asked that the IAC Chairman forward a memo in regards to the implementation of those channels selected as well as other channels that could be explored. The Chairman of the IAC has provided a list of channels to be explored for future implementation in addition to, current existing programming.

Next topic area discussed was: **STATUS OF CURRENT SUBMITTED AGENDA**

The status of the current submitted agenda to the Warden was brought up. Mr. Dubbe stated that within the next 30 days, those areas that have been submitted to the Administration for consideration would be discussed. Those proposals generated by the members of the IAC would at that time be brought before the membership as to their current status. These are areas of concern that the IAC Membership would like to see remedied.

Before any future areas, brought before the Executive Members can be tabled for discussion, resolution of existing areas should be considered first. The Facility MAC has a multitude of areas that they would like brought before the executive members for consideration. Those areas to be considered will be presented in proposal format.

The Warden introduced the Ombudsperson for Centinela State Prison, Holly Adams, she introduced herself to the executive membership. Her contact information is as follows:

Ombudsman's Office

Attn: Holly Adams
      Ombudsman
      1515 S. Street
      Sacramento, Calif. 95814

She had stated that she had a conversation with the Facility (A) M.A.C. prior to meeting with the executive membership. She had listed a multitude of topics that were discussed and asked that the executive membership be open and frank with her in their concerns about those topic areas that have been brought before the administration without resolution to these areas being found. Many of the topic areas in regards to visiting, mailroom, infection control, food services, as well as inmate programming, administrative staff communication with facility level M.A.C. to discuss those areas that are correctable at the facility level. Inmate generated appeals, "CDC 602", are not being responded to, by staff and many of these concerns are being forward to the facility M.A.C., it should be noted that the M.A.C. is not a grievance committee and can only advise the inmate populations as to the necessary procedure to air their complaints. There have been some areas of concern about the facility M.A.C. suffering reprisals for addressing inmate population concerns.

Many of the areas of concern listed above were recorded by the Ombudsperson and she stated to the I.A.C. that the current administration at Centinela was receptive to seeking remedy to those areas that would serve to improve inmate related programming in a positive and constructive format.

It should be noted that on completion of her findings, she will forward to the I.A.C. Chairman all related findings that have been recorded as well as the current status of those areas.

Many of the areas previously discussed with the administration are under continous evaluation and modifications. Those areas that are found in need of revision are being addressed by the administration.

Mr. Dubbe II, Administrative Lieutenant stated that he would make every attempt to seek the current position of all those areas of concern that have been submitted to the administration on the current agenda by the I.A.C. here at Centinela during the middle of November.

Page 03 of 04

## EXHIBIT #.3 SEE REVERSE SIDE

The I.A.C. discussed the last FUND RAISER of the year. The I.A.C. Chairman informed the executive membership that he had been in communication with Mr. Garcia, who would like to sponsor a fund raiser for the Imperial City College womens basketball team. Through those discussions, the Chairman asked that the menu for the vendor be provided so that the necessary paperwork can be generated. The vendor proposed would be able to offer both prime rib steaks as well as roasted chicken in the month of December around Christmas time. As soon as possible, the information from the menu selections will be forwarded to the Facility Chairmen so that they can inform their general populations. It should be noted that the education department has expressed a willingness to sponsor a fund raiser, with the proceeds being dedicated to the purchase of college text books from Coastline Community College for those classes that are being offered in post-secondary education for those inmates that wish to continue their studies. College text books are under constant revision and need to be updated in order to meet the needs of those inmates that wish to continue post-secondary studies. Even though post-secondary education is offered by the Institution, they are not required by law to provide all text materials. The education department has been able to assit those students that wish to continue their post-secondary education but are unable to afford the cost of text materials. The I.A.C. has attempted to work with the education department at least once per year in a fund raiser to generate the necesary funds required to purchase current text materials for the general population. The I.A.C. Chairman will work with L. Jacobs, "Facility (B) Education" as well as "Mrs. Bealo, Facility (C) Vocational" for the Education sponsored fund raiser. Both are familiar with the process and was very instrumental in the ALBERTSONS CHICKEN SALE last year.

Members that were in attendance to meeting:

| Maahs, | D-38765 | IAC Chairman |
| Bloodworth | F-53229 | Facility (E) Vice Chairman |
| Aguiar | T-33113 | Facility (C) Vice Chairman L-III |
| Jackson | C-57439 | Facility (B) Vice Chairman |
| Barnes | T-94664 | Facility (B) Chairman |
| Monroe | C-73143 | Facility (C) Chairman L-IV |
| Garone | J-71070 | Facility (C) Chairman L-III |
| St. John | P-94405 | Facility (D) M.A.C. REP. |
| Montomery | F-02971 | Facility (E) Chairman |
| Montejo | T-82491 | Facility (C) Vice Chairman |

Note: At current time, status of Facility (A) M.A.C. is in question.

Page 04 of 04


Administrative personal in attendance:


V.M. Almager, Warden
R. Dubbe II, Administrative Lieutenant / IAC Sponsor
H. Adams, Ombudsperson


Minutes recorded by:  R. Maahs, D-38765 IAC Chairman


Respectfully Submitted:

R. maahs

R. Maahs, D-38765 FC-4-140-L
I.A.C. Chairman



Approved / Disapproved for distribution only.


J. Juarez, Lieutenant
2nd Watch
Facility (C)
Centinela State Prison



cc: All M.A.C. Chairmen
    All M.A.C. Vice Chairmen
    All M.A.C "FACILITY LEVEL"
    All Facility Captains
    V.M. Almager, Warden





Heres Proof I had Postage & Still was Denied

Exhibit #1

## CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate:          **BELL**          CDC #          **H90929**          Housing:          **B5-239L**

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated **12/28/07** regarding **PROPERTY** has been forwarded to the **R&R SGT** for an Informal Level Response. NOTE: **Our office does not log nor track Informal Level Appeals or Appeals from other institutions.**

If you have not received a response in 30 days, attach a copy of this Informal Level Route Slip Receipt to an original CDC 602 form restating your issues/concerns. Attach the Informal Level Route Slip to your resubmitted appeal.

_____
D. J. DeGeus, CC II
Appeals Coordinator
Centinela State Prison

**January 2, 2008**
Date

Exhibit #2

I STAMPS Recieved in Pivou on 15 Nov Sha..

I HAD Proof of Enough postage. AND Still Hd

ADDRESS Removed B, me. WillieBellJR, 1-20

H-90929 Will..

SANTA ANA CA 927

15 NOV 2007 PM 7 L

Stamped Envelopes 100 (40 max. allowed)

No Letter Enclosed

No plastic/metal... removed

SIERRA FOREST RESTRICTION PER

C.S.P. SECTION 70853

Willie Bell Jr. H-90929

C.S.P. P.O. Box 911

Imperial, Ca 92251

92251+0915 - 23..

Exhibit # 3

NOTE: If courts call the "VENDORS" they will show the item
was sent on 12-14-07 to the plaintiff & not returned back    12/14/07
to them by staff. R&R Staff took &kept property for themselves.

PH# 1-800 - 546-6283   Name of Vendors is "ACCESS SECUREPAK".

ORDER No: 62422
Carrier UPS. 8732630-
SIS # 313    001

XE1325010 N SMITH CORONA WORDSMITH 2E*** INST RESTRICT
XE1635010 N EQUITY CLEAR ALARM CLOCK*** INST RESTRICT

1 EA  51449010 A CASIO F30-9 WATCH    CASIO F30  8.80    8.80
INFO ALMOST FADED OUT
I re-wrote IN Pencil    Wilber

# 4

EXHIBIT #4

MY PURCHASE RECIEPT OF WATCH

NOTE:  I signed for the property/watch on this reciept, and by
Officer rosales not giving me the watch, had the option
to allow me to mail it out, and this receipt shows that
Officer Rosales was in possession of the property/watch
when he opened the package and gave me the typewriter, but
but not the watch, which came in the same opened package!

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region          Log No.                    Category

1. _____          1. _____          _____

2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Willie Bell | H-90929 | N/A | B-5 239L |

A. Describe Problem: Property. I received my package which had a "MENS WATCH"
of which I've tried to mail home by Federal Postage which was
denied by state policy, to start the process of Extortion of
taking advantage of of my disability to have money on my books.
This malicious act violated due process to have my property
sent home by a state agency who willfully denounces and dosen't
recognize Federal Currency", nor will allow me to participate
in the normal basic Freedom of Liberty", guaranteed by the Const-
tution of the United States of America.

If you need more space, attach one additional sheet.

B. Action Requested: That I be allow to mail out my property by Federal Post-
age Stamps. 3138 (2). & 3147 5(B).  And that a "MEMO", be placed on all
all yard by the "WARDEN" the notification of the right to use Fed
eral postage to mail out property, also that staff be given a scale for
proper weight and postage.

Inmate/Parolee Signature: _Willie Bell_          Date Submitted: 12-28-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

NONE!

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                    CDC Appeal Number:

EXHIBIT #5.

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| | 1. _____ | 1. _____ | | _____ |
| | 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: _____

IF I CAN't get past the Informal level,,  how was I, to even
be heard within 30 days ?  OR even able to reach "ANY" form
of a way to resolve this issue.  They still won't respond!

If you need more space, attach one additional sheet.

B. Action Requested: _____

Inmate/Parolee Signature: _____  Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

EXHIBIT  5 A.

REPORT ID: TS3030 .701

REPORT DATE: 01/23/08
PAGE NO:    1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU JAN. 23, 2008

ACCOUNT NUMBER : H90929
ACCOUNT NAME   : BELL, WILLIE
PRIVILEGE GROUP: B

BED/CELL NUMBER: FBB5T2000000239L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 07/09/2007 | H110 | COPIES HOLD | 0175 RGCOP | 0.20 |
| 01/03/2008 | H118 | LEGAL COPIES HOLD | 3840 01/02 | 0.40 |
| 01/03/2008 | H109 | LEGAL POSTAGE HOLD | 3842 01/02 | 0.15 |
| 01/14/2008 | H109 | LEGAL POSTAGE HOLD | 4083 01/11 | 0.97 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 1.72 | 0.00 |

| | | | | | CURRENT AVAILABLE BALANCE |
|--|--|--|--|--|---------------------------|
| | | | | | 1.72- |

Exhibit #6.

THIS EXHIBIT SHOWS NO FUNDS AVAILABLE TO BE ABLE TO PARTICIPATE
IN PRISON MAIL OUT, AND BEING EXEMPT AND DISCRIMINATED AGAINST
BY HAVING NO FUNDS IN MY ACCOUNT".

*Willie Bell*    1-24-08

# Memorandum

**This document created by staff Sergeant, et, al is "Structurally designed to deny me in a participation in mailing out my property and as stated this is the "ONLY NOTICE THAT I WILL GET! Thus proving staffs Indifference, as to my civil rights."NO OTHER CHANCE AS STATED!**

Inmate Name: ✗ _____

CDC Number: ✗ _____

Housing/Bed/Cell # ✗ _____        Hold #: _____

Subject:    MAILOUTS PENDING TRUST/ACCOUNT APPROVAL

The property you are mailing out is being held for 30 (thirty) days in Receiving an Release pending funds available for $_____ to cover (UPS) shipping charges. It your responsibility to maintain a minimum of $25.00 available in your account for th Mail-Out Officer. I understand the entirety of this form and I will not hold the State California Department of Corrections and Rehabilitation liable for any property donate due to lack of funds on my behalf.

Failure to comply with money being placed on your account within the time allowed w result in your property being donated to the State.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE!!!!!!!!!!

Signed_____
        Correctional Officer
        Receiving and Release
        Centinela State Prison


_S. Wilhelm_                          _D Capellino Capt_

S. J. WILHELM                         D. CAPELLINO
Receiving and Release Sergeant        Custody Captain
Centinela State Prison                Centinela State Prison


cc:  Package
     Inmate
     Property Card                 Exhibit #7.

**Courts may make note". Staff Rosales never sent out my property nor has a receipt showing to whom it was logged in and mailed out to, which also proves he kept my property. Inever had money to send it out    /SEE EXHIBIT # 6. (My account had no money to send it out with!**

# TRUST ACCOUNT WITHDRAWAL ORDER

DATE: _____

TO: Warden Or Superintendent                    Approved By: _____

I hereby request my Trust Account be charged $_____ for mailing out the item(s) indicated below, and authorize this sum be taken from my account. I am aware that I am responsible to keep a minimum of $25.00 in my account for the Mail-Out Officer.

_____                    _____
NAME (Signature) DO NOT PRINT                    CDC NUMBER

Item(s) mailed: _____

_____

Print the name and address of the personal you want to receive your item(s).
*No P.O. Boxes:*      *USA Addresses ONLY*

## TO:

NAME:        _____

Address:     _____

City:        _____

State:       _____ Zip: _____


_____
(Print Your Full Name Here)
...........................................................................................................................................................
...........................................................................................................................................................

CENTINELA STATE PRISON
2302 Brown Road                                    PKG. #_____
P.O. Box 901
Imperial, CA  92251

        INMATE NAME: _____ NUMBER: _____

## TO:

NAME:        _____

Address:     _____

City:        _____

State:       _____ Zip: _____

Exhibit #7 (a).

# CENTINELA STATE PRISON
## PROPERTY RELEASE STATEMENT

**INMATE NAME:**_____ _CDC #_____

I herby authorize CENTINELA STATE PRISON to dispose of the following items of my personal property as listed:

**CIRCLE ONE:**                    **DONATE**                    **MAIL OUT**

1._____

2._____

3._____

4._____

5._____

6._____

7._____

8._____

9._____

10._____

11._____

12._____

13._____

14._____

15._____

**NOTE:**      When an inmate chooses to mail items out he must fill out a **MAIL OUT/TRUST WITHDRAWAL FORM.**

Reason(s) item(s) were confiscated:_____
_____
_____

Inmate Signature:_____Date:_____
Staff Witness:_____Date:_____

FRom: Willie Bell H-90929

C.S.P.  BLDG 5 239L          EXHIBIT 7. C

01-24-07

**ATTN:  APPEALS COORDINATOR  D.J. DEguess**

**IN RE:  CDC 602  at Informal Level**

**(NO  RESPONSE).**

1. It has been to my attention and knowledge that the staff here at Centinela State Prison work dilligent towards not answering Informal Level appeals.

2.  On 01-02-08  you sent my **CDC 602 Appeal** to the **R&R Staff/ Seargeant** who refuses to answer my 602 that your office sent via state mailing process.

3.  Being that your officer Garcia has been notified of the problem, and you are now formerly being notified. I am asking what is the normal proceedure for filing a complaint against a departmental staff, and will you assist me in the proper proceedures and how do I "File" A COMPLAINT TO THE U.S.POST- OFFICER HERE AT Centinela State Prison.

4. Being that you forwarded my complaint to the **R&R STAFF &** no response is being given. Will you please explain how will my complaint be answered, if it is not being tracked or logged?

It has been 25days since Iv'e sent in my complaint/ 602 Appeal. Does your office notify them, to get the issue resolved, or does it mean my complaint dosen't have merit for a response? I thank you ahead of time for your coming response.

01-24-08

**ATTN: MAIL ROOM STAFF**
   **M.P. Gallegos**

**IN RE: FILING CHARGES**
   **Federal/Complaint**

I Willie Bell, do declare that the following statements
are true. I have been violated out of my Civil Rights by the
staff here at Centinela State Prison. According to the Title
15. Sec. 3132. Rights & Responsibility. it states (a).
Correspondants such as myself am personally responsible for
the content of each Item of mail "I SEND OUT" __"ANY" VIOLATION__
of LAW" "WILL BE" referred to the postal authorities  and to
appropriate "Criminal Authorities". "It includes staff also".

(b). States that departmental employees must comply with the
regulations set forth in this article, and with "Mail Proceed-
ures. Failure to do so may result in legal or criminal filing
measures against the person, or persons Involved. See Procunier
vs. Martinez, 416 U.S. 396.

I have been denied due process by staff and want to file charges
with the PostMaster or the appropriate staff here at Centinela
STATE Prison. I WOULD ASK THAT I NOT get this letter re-routed
to some party  or staff to avoid this filing, nor to block due
process by hindering me in any way.

I was told and denied the "Access of Mailing out my property by
U.S. Postage and had my property taken that came in a package
and never given back.Never did I Get a receipt, nor got a 15 day
Notice,  required by the title 15 Sec. 3138 (c).  Sec. 3147 (b).
states that I have the right by law, to use Federal Postage of
which,I had in hand and was denied at the package window on
12-27-07. This act violated my due process to use the postal
system and was not, nor is or can be construed as Harmless error,
being that the rule at the Package Window on B-yard is you can't
USE  STAMPS TO MAIL OUT YOUR PROPERTY" As stated by Rosales the
package officer for B- Yard.

Continued:

The staff in R&R have been practicing this household rule

for the longest. This isn't my first occurance with them. They
take property from the inmates, and keep it, giving no receipts
of what they took, and send you on your way, extorting you out
of you property.

R&R  "HAS NO"  record nor have I GIVEN THEM THE RIGHT", to take
my Brand new property, never taken out of the box.  I had stamps
to mail it out and was told no!  (Twice).

According to the Constitution, my  Civil Rights have been Viol-
ated by these actions stated,and I am requesting help to file.

1.    R&R Staff have denied me access to participate in using
the  postal system, and denounced the use of postage stamps.

2.    R&R has extorted me , and deprived me of my property accord-
ing to the 14th amendment, and the 6th. (Denied due Process.)
BY Mail Tampering). Staff took away my liberty to use postage.

3.    Discriminated against me, by claiming being Indigent I cant
use the Mailing process as due to all Americans, because I don't
have any money on my books, and stamps aren't allowed for use
by implenting their own " In House Marshall Law."  See Exhibit
                                                "Attached"
4.
Not only extorting my family out of their money, also depriving
me the right to send it to whom I choose,/ my nephew. They've
destroyed all sentimental value that was to be sent out with &
by the property.

P 2.    EXHIBIT 8(a)

Continued.......


I , Willie Bell do declare that all the following is true.

    I am not the only one who has suffered this act of prison extortion.  I AM NOW ASKING THAT:


   1.The proper and appropriate measures of due process be app-
ointed to me , and that I receive the forms needed to file and
begin this process.


               Sincerely,

               Willie Bell  H-90929

               B-5  239 L

               *Willie Bell* (signature)


          P. 3    EXHIBIT 8 (b)


Filed w/ Gallegos on 2-11-08
(During Lock Down)

**"STATEMENTS OF FACT"**


I, **Willie Bell** do declare **THAT:**


       the staff here at Centinela State Prison , collection

a daily basis from"ALL" their yards, multiple private property

thats not being properly accounted for, and allowed to be pock_

-eted by corrupt staff, who manipulate inmates out of items,

paid good money for by whatever source it was derived by, and

allowed to be proclaimed destroyed by staff, nor of how or where

it is.

Inmates hold the right to know where their property is going,

since they are being extorted out of it whether new, used, or old

items.

Staff collects : Radios, T.V's, CD-PLAYERS, Tapes, CD's, Tennis

SHOES, Jewerly, Headphones, clothes, Watches, and many other

Items. In order for the Inmate to get a replacement, one must

donated it  to replace it, or mail it out. And for those with

no funds, get extorted out of their goods, "Violating the 14th

amendment, by taking property without a receipt given, which by

design of mailing process, gives no equal protection of the law".

By giving no receipts, one cant claim he even owned the property

unless he kept his original receipt, upon getting the Item when

purchased as new.

EXHIBIT 9

EXHIBIT 10.

FACTUAL PROOF OF CLAIMS.

I Willie Bell do declare that by these afadavits and"EXHIBITS
SHOWN", prove the elements being stated in regards to the fact-
ual claims made.

1.

EXHIBIT #7. shows that the staff manipulate the inmates by
stating that the only way to do a mail out is by U.P,S and
they discriminate by enforcing that you must have $25.00 on
your account in order to participate in the mail out process.
(SEE EXHIBIT #7.)

2.

   Staff discriminates  by factual evidence by my INDIGENT
STATUS. Being incarcerated excludes one from gaining a paye
check. Therefore incapable of having funds, if not allowed an
prison job to have accountable funds.  I do not have a prison
job, and therefore being discriminated against.

3.

   By the way staff has written this "MAILOUT/TrustACCOUNT
FORM", It takes away my right to even mail out my property
with POSTAGE STAMPS, by  (1.) Not even include the use of stamps
on the form. This bias contract is written in only their intrest.
(2.) Next they "EXTORT US" by claiming if I don't have money I
wont hold them responsible if they take my brand new "...  . "

EXHIBIT 10 (a)

FACTUAL PROOF OF CLAIMS.

4.

Next  they state that by me failing to comply to find a way

to furthur their EXTORTION game, by finding someone to send me

their hard earned money, that again they will take my property.

Now my "FAMILY and or FRIENDS", HAVE TO BE PLACED IN A POSITION

TO BE MANIPULATED by "Prison STaff", for their money. **NOTE:**

**THEY ARE NOT IN PRISON, NOR SHOULD STAMPS BE EXCLUDED,** IN ORDER

TO GAIN THEIR FUNDS,  ( By CREATING THEIR OWN $25.00 status,in

order to participate. This  "IS" cruel and unusual punishment.

5.

Next they claim **"This is the Only notice you will receive"**.

Again, as stated earlier, they have not contacted me about my

property, and are awaiting 30 days to pass to keep my property,

and claim I forfited my rights, by not allowing the use of "STA-

MPS".

6.

Therefore by claiming this is the only notice I will receive,

shows and proves that the "APPEAL System" is designed not to

answer my claim or appeal at the "INFORMAL LEVEL, of which has

not transpired.. Therefore by their own "Mailout form which

which clearly shows by exhibit. That nowhere do they show, nor

account for the use of stamps.  This "IS" the only form used

by staff to do a "Mailout".

By all factual statements shown, do I ask the courts to grant

all relief in behalf of the petitioner, and that these claims

be allowed to proceed, in light of all violations suffered by

the pettitoner.

Respectfully Submitted,

P.2

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region   Log No.                    Category
1. USD-B         1. DS                         S
2. _____   2. _____   5 (01.31.08)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Willie Bell Jr. | H-90929 | N/A | B5 239L |

**A. Describe Problem:** I sent in a 602 on 12-28-08 in regards to my property and never received a response back from R&R. They evidently trashed my last complaint, because your office sent it to them , and still no response. 30 days has passed. I am asking that your office would help me clear up this problem since they won't respond. I got a Informal level route slip receipt from "Garcia" who read my claim, and sent the route slip to me. What will your office do to help me with this problem ? and wheres my 602? Old one

**If you need more space, attach one additional sheet.**    I have my copy. "Be waiting for your help, Thanks"

**B. Action Requested:** That your office please contact them and make them respond. and answer the 602 I sent them. May I get a answer to a question? I read on the routing slip that Informal level appeals are not tracked", Why is that. And how will they respond to my 602 if not kept up with?

**Inmate/Parolee Signature:** Willie Bell WillieBell    **Date Submitted:** 1-28-08
1-28-08

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

EXHIBIT # 11.

CENTINELA STATE PRISON
JAN 31 2008
INMATE APPEALS OFFICE

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

## EXHIBIT # 12.

RE: Screening at the INFORMAL Level

*January 31, 2008*

**BELL, H90929**
*FBB5T2000000239L*

Log Number: CEN-B-  01.28.08
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*If you have received an Informal Level Route Slip, you are advised to submit an original CDC 602 clearly restating your issues/concerns and the action requested. Be sure to note all the specifics and missing property. Attach the Informal Level Route Slip to your resubmitted appeal. Once it is received we will process for First Level Review.*

Appeals Coordinator
Centinela State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Willie Bell | H-90929 | N/A | B5 239L |

A. Describe Problem: Property. I received my package which had a "MENS WATCH" of which I've tried to mail home by Federal postage which was denied by state policy, to to start the process of Extortion of taking advantage of my disability to have money on my books.

This malicious act violated due process, and my "Civil Right" to have my property sent home by mail , by a state agency & Officers who willfully denounces the use of Federal Currency, nor will allow me to participate & exercise my rights to use Stamps to mail my property. This took

If you need more space, attach one additional sheet. place on 12-27-07.                    code 11 Did

B. Action Requested: (Request R&R Staff change "Can't use stamp rule")2. That Staff That the R&R Seargeant change this in house rule. Replace my property with a new one from "Access" & give me the reciept, & Let me mail it home as I originally tried & was denied. 3. That staff not try to give me another inmates old property they keep stored in R&R. Mine was new w/ warranty.

Inmate/Parolee Signature: Willie Bell J.                    Date Submitted: 2-4-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

EXHIBIT # 13

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ____________ Due Date: ____________

Interviewed by: ____________

Staff Signature: ____________ Title: ____________ Date Completed: ____________

Division Head Approved: Returned

Signature: ____________ Title: ____________ Date to Inmate: ____________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ____________ Due Date: ____________

☐ See Attached Letter

Signature: ____________ Date Completed: ____________

Warden/Superintendent Signature: ____________ Date Returned to Inmate: ____________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

☐ See Attached Letter

Date: ____________

CDC 602 (12/87)

From: W. Bell H-90929                                    02-04-08
      C.S.P. PO BOX 911
      Imperial, Ca 92251
      B-5   239L

      To; Appeals Coordinator  D.J. DE guess


      In Re :  Un Answered  602s (2) ea.
               Regarding  Property

*On 2-5-08*
*wrote R+R*
*Requesting copy*
      LOG  Number CEN-B- 01-28-08
*of Property card*

*TO Day is 2-26-08*
In all "DUE Respect,"
*Still No Reply!*


   I am writing this letter in regards to the letter sent from
your office on 01-31-08 which states to "Clearly Restate my
my issues, concerns and action requested. "Out of fairness"
I am doing what you said to do. This may take more than 1 sheet
to fairly state and submit all issues, as the 602 state you
can only add one extra sheet.
         ( A general brief of what took place).
On 12-24-07 my Family ordered my quarterly package of which
i received on 12-27-08. I initially ordered an alarm clock that
was not sent by "Access", of whom told my family they could
replace it with something else which was a "MENS WATCH". It
was sent as a Christmas Gift", as a suprise replacement gift
of which I had no knowledge of. Little to their knowledge did
they know I already had one, and couldn't have two as stated
by officer Rosales at the package window. I asked could I mail
it out and he said no! I again restated that I am Indigent and
he told me that I CAN ONLY USE THE TRUSTWITHDRAWEL FORM to be
able to participate in a mail out, and that I have to have
$25.00 in order to participate. I again restated that I am In-
digent and he told me that he was only doing his job that his
boss gave him to do. I couldn't argue with that statement, be-
cause his boss's office "R&R" isn't situated on this yard, nor
am I in a position to reach him except by mail/602 appeal. At
yard recall I went in and filed a 602 the next day of which
your office mailed to him which clearly stated on the 602 the
seriousness of my complaint of which never got a response.

I alerted your office on the appeal that I had postage and was
denied the use of them by staff, of which no one bothered to
investigate, and also basically threw away my complaint by indi-
fference & no response. I again sent in another 602 which now
is being asked to submit another one to be heard of which I
am doing, and shall attach.
                          **EXHIBIT # 13 A.**
SEE PG 2.
                              P 1.

Dated: 02-04-08                                        P. 2

EXHIBIT # 13.B

The 602 I am submitting has the exact same wording re-typed
as the original I first sent in. I kept a copy". Again I asked
your office why aren't Informal level Appeals from this prison
tracked and not responded to and usually disregarded, as stated
on the Routing Slip and can't get a straight up answer. Regard-
less, I am doing as your form stated.


These are the basic specifics the form asked me to state. Now
I shall give my Issues, Concerns, and actions requested real
brief to keep it simple & short.


SEE ATTACHED. BELOW

_____

_____

**My Issues:**

1. Why is R&R allowed to do as they please and implement their
own oppressive and unjust rules to take our property. This isn't
the first time I've been through this same procedure?


2. Who gave the R&R Staff the priviledge to take away my Civil
right to use the mail system by being Indigent.


3. Who gave them the right to do away with Federal Postage,
and why didn't your office react when I first made this clear
in my original complaint?
**Next: Actions Requested."**

1. That the use of stamps be allowed to be used for mailing out
property, as the Federal Government Designed them for public use.
And that a Memo be posted allowing inmates the knowledge of this
"Right". Also that staff be given a weight scale to accurately weigh
our "Mail". For stamp use & mail outs of package property.
2. That Staff replace my property with a new one as I had In the
box unopened, ordered by "Access" by their purchase, give me the
receipt, and allow me to mail It out as I originally intended as
a "Gift" to my nephew. Reason being is that when it was purchased
it had a warranty" Staff ruined that." My nephew shouldn't have
to get an unwarranted product that may be or become defective by
the time he receives it, and can't replace it, without the warr-
anty.³ That the Appeals Office TRACK Informal level appeals. This
violates our due process to be heard properly, and timely. Such as
**Concerns:**    this situation.

1. That staff be retrained on the issue of mail handeling, so my
rights, and others won't be violated again by staff. 2. That this
claimed destroyed property they confiscate be actually donated to
a charity monthly, and not used as a bargaining tool for future
use to give inmates for what they take from us as "NEW".

(In all fairnes, will you answer my issues 1-3 that I have stated.) & Highlighte

Willie Bell H-90929  B-5  ????

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE BELL, H90929                          Date: February 6, 2008
Current Housing: FBB5T2000000239L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CEN-B-08-00281

ASSIGNED STAFF REVIEWER: AW-CENTRAL SERVICES
APPEAL ISSUE: PROPERTY
DUE DATE: 03/21/2008

Inmate BELL, this acts as a notice to you that your appeal has been sent to the above staff
for FIRST level response. If you have any questions, contact the above staff member. If
dissatisfied, you have 15 days from the receipt of the response to forward your appeal for
SECOND level review.

D. J. DeGeus, CC II
Appeals Coordinator
Centinela State Prison

NOTE:    On this day D.J. DEguess reroutes me around to an office

of people I don't know, Gives no name, and works around getting
the known civil rights straightened out. Instead, he does what
Garcia & he does best. 602 Appeal has once again disappeared.

SEE Exhibit 19 Final Response by Phone Call

on 02-20-08 By Sergeant Martinez in R&R

denying claim so that the 602 wont get signed
by him, but denied over the phone, so no
paper trail can be made.  See Exhibit # 19.

Ehhibit# 13. C"

# Ordering Information

EXHIBIT # 14.

EXHIBIT ✕✕✕✕✕        SEE RETURNS"

## SEE WARRANTY REQUIREMENTS EXPIRED BY STAFF.

**ORDERING INSTRUCTIONS**
**RESIDENTS OF CORRECTIONAL INSTITUTIONS:**
Please see our new blank order forms located throughout the catalog. You can still order with our printed order forms, a piece of paper or a napkin. With Access the choice is yours!

Orders may be placed directly with Access Securepak® where institutional policy allows. Please have your order complete; during peak times it is especially difficult to make changes to orders once they have been placed. In either case, please provide the following information:

**SHIPPING INFORMATION:** Your Name, your Inmate Identification number, Institution Name, Address, City, State and Zip Code.

**PRODUCTS ORDERED:** Access Securepak® Item Number, Product, Description, and Weight, Price and Size (where applicable). All orders are not to exceed 450 ounces. Once 450 ounces has been reached, all remaining items will be deleted.

**SALES TAX:** All prices include applicable California tax.

**PAYMENT:** Orders will be accepted when accompanied by personal check, institution check, money order, or credit card (MasterCard, Visa or Discover). When paying by personal check, please include Driver's License Number, State, Birth Date, and Phone Number including area code. When paying by credit card be sure to include the card number, expiration date, card member's name, and card member's phone number and address.

**MAILING ADDRESS:** Access Securepak® - P.O. Box 50028 - Sparks, NV 89435-0028 - Phone: 1-800-546-6283

**CATALOG CHANGES:** Every effort has been made to show and describe the merchandise and all information in this catalog as accurately as possible. However, many manufacturers make minor changes in design, color, and style during the year. We regret any changes that might occur.

**RETURNS:** Used or damaged items cannot be returned, exchanged or refunded. They are covered only by the manufacturer's warranty. If an item is found to be defective upon receipt and is returned to us within 30 days it shall be repaired or replaced at no charge. Please include a copy of your invoice and note that the item is defective. (Please send to Access Securepak®, 55-101 Vista Blvd., Sparks, NV 89434). Access is not responsible for refused items. Shipping and Handling charges are non-refundable.

When returning a television for repair, please send it to Access Catalog, 13330 Lakefront Drive, Earth City, MO 63045 and include your name, identification number, name of institution, television brand, model number, serial number, original date of purchase and reason for return.

**STATUS:** In order to inquire about the status of an order, after waiting a reasonable length of time for it to arrive, write to us. Please address your inquiry to Access Securepak®, Attn: Customer Service, P.O. Box 50028, Sparks, NV 89435-0028 or call our Customer Service Department at 1-800-546-6283. You may also check the status of your order online at www.californiaqp.com by using your confirmation number.

This catalog contains products sold by Access Securepak® throughout the State of California including all state institutions, community correctional facilities and conservation camps. Not all products pictured in this catalog are allowed at every institution. For a complete list of what is allowed at your specific institution please use our institution specific order forms. Order forms have been provided in addition to the catalogs and list only what is approved for purchase at your institution.

**INSTRUCCIONES PARA ORDENAR**
**RESIDENTES DE INSTITUCIONES CORRECCIONALES:**
Vea por favor nuestras nuevas planillas para ordenar situadas a través del catálogo. Usted puede ordenar por medio de nuestras planillas para ordenar, en una hoja de papel o hasta en una servilleta. Con Access la opción es suya.

Sus ordenes pueden ser ordenadas directamente con Access Securepak® en donde la política de la institución lo permita. Por favor complete correctamente sus ordenes, ya que es muy difícil corregir las ordenes una vez que hallan sido ordenadas. En cualquier caso por favor proporcione la siguiente información: información de Envío, Nombre, Número de identificación; Nombre de la Institución, Dirección, Ciudad, Estado y Codigo Postal.

**PRODUCTOS ORDENADOS:** Número de artículo de Access Securepak®, Producto, Descripción, Peso, Precio y Tamaño (en los artículos que se apliquie). Las ordenes no deben de exceder 450 onzas, si la orden excede más de 450 onzas los artículos que sobren serán removidos.

**IMPUESTOS:** Todos los precios incluyen el impuesto que se aplica en el estado de California.

**MÉTODO DE PAGO:** Las ordenes serán aceptadas acompañadas de un cheque personal, cheque bancario, money order o tarjeta de credito (MasterCard, Visa o Discover). Cuando pague con cheque personal, por favor incluya su Número de Licencia de Conducir, Estado, Fecha de Nacimiento y Número de Teléfono incluyendo el código de área. Cuando pague con tarjeta de crédito, asegurese de incluir el número de tarjeta, fecha de vencimiento, nombre impreso en la tarjeta, número y dirección del dueño de la tarjeta.

**DIRECCIÓN:** Access Securepak® - P.O. Box 50028 - Sparks, NV 89435-0028 - Teléfono 1-800-546-6283.

**CAMBIOS EN EL CATÁLOGO:** Se ha hecho todo el esfuerzo para mostrarle y describirle la mercancía y toda la información en nuestro catálogo tan exactamente como sea posible. Sin embargo el fabricante hace cambios de estilo y colores durante el año. Lamentamos los cambios que puedan ocurrir.

**DEVOLUCIONES:** Productos dañados o usados no pueden ser devueltos, cambiados o reembolsados, solamente los respalda la garantía del fabricante, si un artículo fue enviado defectuoso, por favor devuélvalo en los siguientes 30 días, solamente así lo podremos reparar o reemplazar sin ningún costo. Por favor incluya una copia de su factura y una nota del artículo defectuoso y envíelo a: Access Securepak®, 55-101 Vista Blvd., Sparks, NV 89434. Access no se hace responsable por artículos reusados. El envío y manejo no son reembolsables.

Al regresar una televisión para reparación, por favor envíela a: Access Catalog, 13330 Lakefront Drive, Earth City, MO 63045, e incluya su nombre, número de indentificación, nombre de la institución, la marca del fabricante de la televisión, número de modelo, número de serie, fecha original de compra y la razón por la cual regresa la televisión.

**ESTATUS DE LA ORDEN:** Para poder preguntar el estatus de su orden, después de haber esperado un tiempo considerable a que le entreguen su orden, por favor escribanos sus preguntas a: Access Securepak®, Attn: Customer Service, P.O. Box 50028, Sparks, NV 89435-0028, o puede hablarnos al departamento de servicio al cliente al: 1-800-546-6283. También puede revisar el estatus de su orden en el Internet: www.californiaqp.com, usando su número de confirmación.

Este catálogo contiene productos vendidos por Access Securepak® por todo el estado de California incluyendo las instituciones en el estado, correccionales de la comunidad y campos de conservación. No todos los productos que se muestran en las fotografías están disponibles en todas las instituciones. Para una lista completa de lo que está permitido en su institución por favor ordene la orden que especifica el nombre de la institución donde se encuentra. Estas ordenes han sido proporcionadas deacuerdo a la lista aprovada por cada institución.

SEE above conditions for the warranty", WHICH staff has allowed to expire. 30 days have already passed. Defendants held liable to a full restoration of the product, and requested damages.



Ultra Thin, Crunchy Pretzel Snacks
AVAILABLE IN ORIGINAL & BUFFALO WING FLAVORS





Fat Free! All Natural Butter Flavor

SEE SUBSTITUTIONS/ WHERE ACCESS ALLOWED REPLACEMENT ORDER. SEE BELOW

# Order Online At: www.californiaqp.com

**1 From:** (Please Print) **De:** (Por Favor Imprima)

Name (Nombre) _____

Street Address (Dirección): _____

City (Ciudad): _____

State (Estado): _____ Zip (Código Postal): _____

Daytime Phone (Teléfono [en el día]): ( _____ ) _____

**2 Ship To:** (Please Print) **Enviar a:** (Por Favor Imprima)

Name (Nombre): _____

CDCR# (Número de Preso): _____

Institution (Institución): _____

Dorm(Dormitorio)/Housing(Cuarto): ____ Inmate Box#(Celda): ____
_if applicable_

xxxxxxxx  EXHIBIT 15.  xxxxxxxx

Street Address (Dirección): _____

City (Ciudad): _____

State (Estado): _____ Zip (Código Postal): _____

**3 Please circle appropriate quarter:**
**Por favor marque con un círculo el trimestre apropiado:**

**Qtr 1**
Jan. 1 - Mar. 31
Enero 1 - Marzo 31

**Qtr 2**
April 1 - June 30
Abril 1 - Junio 30

**Qtr 3**
July 1 - Sept. 30
Julio 1 - Septiembre 30

**Qtr 4**
Oct. 1 - Dec. 31
Octubre 1 - Diciembre 31

(Sólo 1 paquete por trimestre)

**Annual**
One Package per year
(Un Paquete por año)

SEE HERE

order placed 12-14-0

xxxxxxxxxxxxxxxxx

**4 Substitutions: Substituciones**

In the event of a back order, is it okay to substitute like items of equal or greater value? En caso de no tener algun producto en el momento, est bien que remplacemos un producto parecido de igual o mayor precio?

**Yes** (Si)_____   **No** (No)_____

• We recommend choosing **YES**. If a selection is not made, Access Securepak will not substitute for items ordered that are out of stock or that have been restricted by the state or institution. Recomendamos escoger las opción **SI**. Si no esta marcada ninguna opción, Access Securepak no remplazará productos que no esten disponibles ó restringidos por el Estado ó la Institución

MAIL ENTIRE AND COMPLETED ORDER FORM WITH PAYMENT TO:
ENVÍE TODA LA ORDEN COMPLETA CON EL PAGO A:

**Access Securepak • P.O. Box 50028
Sparks, NV 89435-0028**

**5 Select Payment Method:**
**Seleccione un Método de Pago:**

Institutional Check ◯   Personal Check ◯   Money Order ◯
(Cheque Institucional)   (Cheque Personal)

MasterCard ◯   VISA ◯   DISCOVER ◯

**(Make Checks & Money Orders Payable to ACCESS SECUREPAK®)**
**(Haga los Cheques y Monel Ordenes a Nombre de ACCESS SECUREPAK®)**

Cardholder Name: _____
(Imprima el Nombre de la Persona Dueña de la Tarjeta de Crédito)   (Please Print)

Cardholder's Signature: _____
(Firma de la Persona Dueña de la Tarjeta de Crédito)

Daytime Phone Number (Teléfono [en el día]): ( ____ ) _____

**Credit Card Number (Número de la Tarjeta de Crédito)**

| | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

Expiration Date: _____     Today's Date: _____
(Fecha de Vencimiento)              (Fecha de Hoy)

As an added Security measure, please note the three-digit security code on the back of your card.

Last 3 digits
of account
number panel

Your family can also call **1-800-546-6283** to place a credit card order or visit us at
**www.californiaqp.com**

También puede llamar al **1-800-546-6283** para hacer un pedido con una tarjeta de crédito ó visite nuestra página de internet en **www.californiaqp.com**

**\*Prices include all applicable CA Sales tax.\***

**6 Weight Limit: Límite de Peso**

In case the weight exceeds the state issued limit of 450 ounces (30 lbs.). En caso que el peso sobrepase el límite promulgado por el estado de 450 onzas (30 libras).

◯ Yes, please take off items to ensure package does not exceed 450 ounces (30 lbs.) weight limit.
Sí, por favor saque artículos del paquete para que no se pase del límite de peso de 450 onzas (30 libras).

◯ No, do not take any items off order and return order form to sender. The order will not be processed until weight limit is met.
No, no saque ningún artículo de la orden y devuelva la planilla para ordenar al remitente. La orden no sera procesada hasta que el peso límite sea satisfecho.

xxxxxxxxxxxxxxxx
xxxxxx  EXHIBIT #xxxxxxxxxxxxxxx
xxxxxxxxxxxxx

# Order Form

**California Quarterly Package Program**
*Programa Trimestral de Paquete*

### Please see reverse side for Ordering Instructions

| QTY. | ITEM# | DESCRIPTION/COLOR | SIZE | WEIGHT | TOTAL WEIGHT | PRICE | TOTAL PRICE |
|------|-------|-------------------|------|--------|--------------|-------|-------------|
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |
|      |       |                   |      |        |              |       |             |

**Weight Total** _____
(cannot exceed 450 oz. (30 lbs.)
*El paso total no puede sobrepasar 450 onzas
(30 libras)*

☐ **Yes, I have completed all
6 steps on the front of
order form.**
*Si, he completado todos los seis pasos
en el frente del formulario de orden.*

**TOTAL PRICE** _____
*Total del la orden*

**Promotional Code** _____/
**Subtract Amount** _____
*Codigo de Promocion*

**Sales Tax**     INCLUDED
*Impuesto de ventos*

**Shipping & Handling**     FREE
*Empaque y entrega (gratis)*

**California Recycling Fee** – add $6.00
(applies only if purchasing a television) _____
*Cargo per reciclado electronico para el estado de California
(add $6.00) (aplica solamente si ordena la television)*

**If placing an order for yourself,
please add 10% IWF** _____
*Si va a hacer una orden para usted mismo,
please agregue el 10% IWF*

**GRAND TOTAL** _____
*Total final*


**ACCESS SECUREPAK®**

DEMAND   LETTER REQUESTING

" Production of Property"    02-20-08

EXHIBIT 16

ATTN: V.M. ALMAGER "Warden"

    & Defendants et,al....

IN RE:"PERSONAL PROPERTY"

To whom this may concern,

    I Willie Bell, do declare under oath that all these state-
ments are factual and true, and if called to an open court
will be honored to testify to all factual acts that have occured.

    I am writing this letter in regards to "REQUESTING MY PROPERTY
BE RETURNED IMMEADIATELY. I have over exhausted remedies to
have your staff responsibly act, but keep getting my complaint
re-routed elsewhere. Every staff that I've notified of this
complaint was told on each re-routed 602 that, my rights were
being violated, and with out regard, nor has "ANY" staff even
came to speak to me to even try to get it right. My property
was ordered from "ACCESS SECUREPAK" last year in December, and
was taken by your staff officer "ROSALES", as stated before
in all of my past unanserwed complaints. I asked that your staff
R&R replace it with a new one that is ordered from ACCESS" by
your staff. 2. That I be given the order receipt to mail it
out with the property, to allow the warranty to be valid, and
to allow my correspondent valid proof of payment & ownership
in case it is, or becomes defective before the warranty exp-
ires while in his posession. 3. That I be allowed to use stamps
to mail it out this time as I was originally denied by staff
"Rosales", and by the policy of R&R staff et,al. **NOTE: I should-
nt have to be subjected to begging your staff for my personal
property back!** They took it, they shall replace it. Therefore
you are once again being Officially and Personally" notified
that I am requesting these demand be met. I thank you for your
time and patience regarding this request.

Note; Attached is a copy of property needed    Sincerely,
       to be replaced by staff.

                                   Willie Bell Jr.
                                   CDC# H-90929
                                   Centinela State Prison

EHIBIT  17

STATE OF CALIFORNIA

INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

CDC NUMBER H-90929

DATE 02-23-08

TO (NAME)
Mail Room Staff Gallegos

FROM (NAME)

HOUSING
B-5

BED NUMBER | WORK ASSIGNMENT
2205

JOB NUMBER
FROM                    TO

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM                    TO

        Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

SEE ATTACHED Federal Mailing Complaint.


Keep for your records.  I retain my own copy.  Thanks


INTERVIEWED BY                                                      DATE

DISPOSITION

EXHIBIT # 18

WITNESS LIST FOR PLAINTIFF

(ACCESS SECUREPAK VENDOR) 1-800-546-6283

1. ACCESS SECUREPAK/ VENDOR, WHO SHIPPED THE PROPERTY STAFF
   TOOK.    ORDER # 62422, UPS CARRIER # 8732630-001 SIS#313.
   (Item# 51449010 N Casio Watch F30-9, Ordered on 12-14-07.

2. Family member), who ordered the package, will testify if
needed.

3. Witnesses to the meeting with (Holly Adams), OMBUDSPERSON"
for Centinela State Prison, IN RE: property complaints, 602s'
not being answered. See Memo Exhibit Attached.pg 2 of 4, and
IN RE: Property lost or taken as stated in civil complaint See
Memo Date Sept19, 07.  and memo dated "Oct 25, 2007." Nov 12,07".

Witness list as listed,

GREGG BARNES        T-94664
Facility Mac Chairman

P. Jackson,    C-57439
Facility B Vice Mac Chairman

R. Maahs,    D-38765      ( Recorded the Minutes ).
I.A.C. Chairman

Bloodworth    F-53229
v. Mac Chairman

Monroe        C-73143
Chairman

Garone        J-71070
Chairman

ST. John      P-94405
Mac Rep

Montgomery    F-02971
Chairman

Montejo       T-82491
Vice Chairman

Holly Adams    Ombudsperson"
1515 S. Street
Sacramento, Calif. 95814

Exhibits Continued on page 18 (A).

**18 (A).**

**Witness list for Pliantiff**

**Witness list of staff who attende this  meeting in regards
to the Inmate population, In Re, Property missing & ect... and
602 Appeals not being answered, by Appeals Coordinators as
stated in Civil complaint.**

**1.  V.M. Almager    Warden**

**2. R. Dubbe II  Administrative Lieutenant**

**J. Juarez    2nd Watch Lieutenant**

**4.  C. Kline Correctional Officer/Vendor Coordinator**

**5.  1. Petition representing the Inmate population with names
and signatures willing to testify in their own behalf, and to
all claims stated, and that can be factually shown in regards
to all acts, and civil rights being, & been violated by staff
et,al...../ ------------------------------------------------------
On 2-20-08/    Note: SEE  Exhibit# 19. These officers must
testify to EXHIBIT 19. (C/O Val./ Trujillio, & Delira worked
that day, &  gave me the phone call at the podium by Sergeant
Martinez, in R&R. (They questioned me about my phone call, & I
explained to them my 602 got denied over the phone by Martinez
and he basically is trying to take my property by strong armed
force over the phone, and left it at that. They are aware of this
phone call. (They also are now being added to testify of this
situation. I have Inmates who witnessed me on this staff phone."
On 02-20-08   This took placed in my housing unit B-5 at 1:15 pm.**

I willie Bell submit this list of witnesses, and the Memo's
Dated Sept 19, 2007, & Oct 25, 2007, include Warden and staff
as a material witness against themselves, (Who cant state this
event never took place in regards to these same complaints I
filed about. This Memo is apublic knowledge information in the
prison, placed on the walls for inmates to read, and then dis-
carded when new updated Memos come about." Therefore Memos are
proper for exhibits.

Signed ___Willie Bell___ Dated _2-20-08_

Approx: 1:15 pm.              **EXHIBIT (19).**

      BLDG-5

      AT Centinela State Prison"                02-20-08

I Willie Bell do declare that I was on this date, 02-20-08,

called out of my cell, by the door being poped open by the Gun

TOWER Staff/ named, or known as VAL. I was told by the floor

officers C/o Trujillio and C/o Deleria thay I had a phone call

at the staff desk from R&R, and was told by their procedure

to state my name and CDC Number, and so I did. I asked to whom

may I be speaking to and was told Sergeant Martinez, from the

R&R Office. I was told to state my contentions, an did, and

explained it by the title 15 §3191, 3147(b) & ect.. Long story

short. He over the phone grabbed his title 15, saw my explan-

ation and realized the situation was out of his hands and over

his head. He stated", Your'e trying to change the law". And

I stated: "YES! Exactly". Because accordingly to your own laws

your office dosen't follow them. He basically said "Hey, I dont

write the law, I'm just Informing you that your claim is being

officially denied, and you'll have to take it up somewhere else.

I said I understand your position, you didn't write the law

but your'e enforcing it, and said my goodbye's without arguing.

Now that I've been finally notified by SGT.Martinez. My rights

now have full capacity to proceed without no more trying . Courts

can handle the rest.

                         Signed as true. *Willie Bell* H-90929

                         Dated 02-20-08

Exhibit

20

STATE OF CALIFORNIA
CA-22 (9/92)
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE 01-24-08 | TO U.S. POSTMASTER/ FILING A COMPLAINT | FROM (LAST NAME) BELL, W | CDC NUMBER H-90929 |
|---|---|---|---|

| HOUSING B-5 | BED NUMBER 239 L | WORK ASSIGNMENT N/A | JOB NUMBER FROM          TO |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS FROM          TO |
|---|---|---|

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

See Attached

Mailed to M.P. Gallegos   on          / My signature  Willie Bell

H-90929

DO NOT write below this line if more space is required write on back

| INTERVIEWED BY | DATE |
|---|---|

DISPOSITION


Exhibit # 20 sent to Gallegos


SENT TO GALLEGOS   ON   02-11-08


Today is    02-24-08   and still no response from Gallegos.


SEE EXHIBITS  8. a  & 8 b, & #17.

This exhibit is in regards to the MEMORANDUMS

ATTACHED

exhibit # 2.

ON NOV 12, 2007"

NOTE:  On this date a meeting was called by R.Dubbe II Administrative Lieutenant/ Public Information Officer. See exhibit # 1. titled "Subject". "Holly Adams the "New Ombudsperson" for the prison, with the Inmate Mac Represenatives for the prisoners, held a meeting for these same and other similar reasons this action/exhibit is being introduced as a testimony and a witness to complaints to Holly Adams for the prisoners on this date, and the minutes of such an event having taken place on page 2 of 4, and 3 of 4.

exhibit # 3

NOTE: Page 3 of 4, states those who witnessed this meeting in regards to these complaints.

exhibit  # 1.

NOTE: on the Memorandum dated September 19,2007, page 1 of 1. on the reverse side of the Memo", IN RE: Property cards validate claims as stated in the request for an Injunction.

I willie Bell Jr., do declare that if called to testify will swear under oath to these said claims.

Signed  _Will Bell_  Dated  2 - 15 - 08

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| SPARKS A. | H-37315 | DRY WALL | B-5/102 |

A. Describe Problem: _____

      The purpose of this appeal is to address the intentional interference by the appeal coordinator of my appeal rights. I filed an appeal dated 10/21/07, which was filed as a 'Group Appeal'. In regards to living conditions. The appeal coordinator forwarded the appeal to Fac. 'B', Lt., which the Lt. failed to answer. Pursuant to the directions provided on the informal level route slip receipt, another 602 restating the issues with the informal level slip attached. The appeal coordinator has chosen to have the resubmitted appeal addressed at the informal level. When in fact the informal level has been concluded and forfeited, pursuant to: Title 15, §§ 3084.5(a), 3084.6(a)(b)(1). (see attached exhibits)

If you need more space, attach one additional sheet.

B. Action Requested: Process the aforementioned 'Group Appeal', Re: Living Conditions (showers) pursuant to CDCR Rules & Regulations. And forward the appeal to the mandated first level of review.

Inmate/Parolee Signature: _Addie Sparks_     Date Submitted: 10-31-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

cc: B. Adams Ombudsman
   Prison Law Office
   Prison Law Office

Exhibit
A

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ____________ Due Date: ____________

Interviewed by: ____________

Staff Signature: ____________ Title: ____________ Date Completed: ____________

Division Head Approved: Returned

Signature: ____________ Title: ____________ Date to Inmate: ____________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ____________ Due Date: ____________

☐ See Attached Letter

Signature: ____________ Date Completed: ____________

Warden/Superintendent Signature: ____________ Date Returned to Inmate: ____________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

[illegible]'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

[illegible]ched Letter

Date: ____________

# CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: _____**Sparks**_____    CDC #: _____**H 37315**_____    Housing: _____**B5-102**_____

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated _____**10/21/07**_____ regarding

_____**Living Conditions (showers)**_____ has been forwarded to the _____**Facility**_____ "B"

**Sergeant** _____ for an Informal Level Response.   NOTE: <u>Our office does not log nor track Informal Level</u>

<u>Appeals or Appeals from other institutions.</u>

Should you have any questions regarding your CDC 602, please refer them to on a

CDC GA-22, Request for Interview Form.  Also, attach a copy of this receipt to your request form.

_____    _____**October 23, 2007**_____
R. J. DeGeus, CC II                              Date
Inmate Appeals Coordinator
Centinela State Prison

Exhibit
B

# CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: **SPARKS**   CDC#: **H37315**   Housing: **B5-102**

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated **09/20/07** regarding **LIVING CONDITIONS** has been forwarded to the **FAC 'B' LT** for an Informal Level Response. NOTE: **Our office does not log nor track Informal Level Appeals or Appeals from other institutions**

If you have not received a response in 20 days, attach a copy of this Informal Level Route Slip Receipt to an original CDC 602 form restating your issues/concerns. Attach the Informal Level Route Slip to your resubmitted appeal.

D. J. DeGeus, CC-I
Appeals Coordinator
Centinela State Prison

**September 25, 2007**
Date

Exhibit
C

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region    Log No.    Category

1. _____    1 _____

2. _____    2 _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Sparks A. | H-37315 | Dry Wall | B-5 102 |

**A. Describe Problem:** This appeal is filed pursuant to Title 15, § 3084.2 (f) Group Appeal. The purpose of this appeal is to address the failure of Fac. 'B' Bldg. 5 assigned staff to conduct inmate showers in accordance with CSP's Level III Daily Activity Schedule and Centinela Operational Procedure, Housing Unit Proc., 004, Sec. Q Shower Proc. 1-2. The staff assigned to Fac. 'B' Bldg. 5 have chosen to disregard the abovementioned authority and conduct a shower program in an arbitrarily and capricious manner, which creates a situation were inmates aren't able to shower because of time restraints, etc.

If you need more space, attach one additional sheet.

**B. Action Requested:** For all staff assigned to Fac. 'B' Bldg 5 to familiarize themselves with the abovementioned authority and comply with the stated schedule and shower procedure. (See Exhibits) And no reprisals or forms of retaliation be imposed upon the writer or signee's of this appeal

Inmate/Parolee Signature: *Andie Sparks*    Date Submitted: 10-21-07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Exhibit
D

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved:                                                   Returned

Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

_____  Date Submitted: _____

Signature: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☐ See Attached Letter

_____  Date Completed: _____

Signature: _____

_____  Date Returned to Inmate: _____

Warden/Superintendent Signature: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____  Date Submitted: _____

Signature: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter                                       Date: _____

CDC 602 (12/87)

| CDC# | NAME | BED | DATE | SIGNATURE |
|---|---|---|---|---|
| T08331 | GOODEN | 102 | 8-31-07 | Elias Gooden |
| K-15649 | D. MARTIN | 137 | 8-31-07 | Douglas Martin |
| P09626 | DEAR | 139 | 8-31-07 | Archie Dear |
| T-23705 | Daniels | 147L | 8-31-07 | Ted Daniel |
| J24931 | Murray | 118 | 8/31/07 | Murray |
| V41739 | Edwards Dayshawn | 123 | 8-31-07 | D.L. Edw     A2-B |
| P01093 | Scott | 150 | 8-31-07 | A. Scott |
| ~~~~ | ~~~~ | ~~~~ | ~~~~ | ~~~~ |
| D56665 | Barnes | 119 | 8-31-07 |  |
| J-28862 | Rogers | 118 | 8-31/07 |  |
| V46211 | Jackson | 117 | 8-31/07 | Michael Jacks |
| K-16863 | Williams R | 103 | 8-3-07 | Robert Williams |
| F-31008 | GARY C. WILLIAMS | 108 | 8-31-7 | Gary J. Williams |
| P67899 | Victor Thomas | 101 | 8-31-07 | Victor Thomas |
| H-49307 | HILL N | 101 | 8-31-07 | N. Hill |
| F-17387 | CRAIG | 255 | 8/31/07 | C. Craig |
| C-7558 | ARANAS | 218 | 8/31/07 | Aranas |
|  |  |  |  |  |
| T-17095 | FUA FUF | 216 | 8/31/07 |  |
| P-56734 | MCGEE | 205 | 8/31/7 | McGee |
| P-20175 | LE | 201 | 9/24/7 | Le |
| T-36668 | KANG | 221 | 9-2-07 |  |
| K-91741 | REYES | 223 | 9/2/07 |  |
| E83798 | DELEON | 230 | 9/2/07 |  |
| K51921 | GOMEZ | 216 | 9-4-07 | Juan Gomez |
| K20146 | GONZALEZ | 203 | 9-4-07 |  |
| V85471 | JAime | 245 | 9-2-07 | C. Jaime |
| K-81659 | FUNK | 236 | 9-2-07 | Jeremy D Funk |
| T10502 | J. BAHENA | 211 | 9-2-07 |  |
| V-00255 | G. FINOCHIO | 238 | 9-2-07 |  |
| V-86187 | M. BROWN | 244 | 9-2-07 |  |
| V-42910 | NMEZ, T | 217 | 9-2-07 |  |
| V-41966 | R PEREZ | 217 | 9-2-07 |  |

EXHIBIT

E.

Exhibit F

| CDC# | NAME | BED# | DATE | SIGNATURE |
|---|---|---|---|---|
| V-76126 | JOHN SCHULA | 202 | 9-2-07 | John Schula |
| T-70579 | Oscar Cavazos | 202 | 9-2-07 | |
| J-39383 | J. Trevino | 203 | 9-2-07 | |
| H-41288 | A. Murrieta | 210 | 9-2-07 | |
| F-37986 | E. LOZANO | 210 | 9-2-07 | E. Lozano |
| K15224 | CAMARGO | 213 | 9-2-07 | |
| T-71080 | GALVEZ | 213 | 9-2-07 | |
| V33376 | DIAZ | 216 | 9-2-07 | |
| P-99309 | GUERRERO | 226 | 9-2-07 | Anthony Guerrero |
| V-21673 | BRAN VICTOR | 226 | 9-2-07 | Victor Bran |
| V-83573 | SALCIDO | 227 | 9-2-07 | |
| F-64177 | Noriega | 227 | 9-2-07 | Noriega Clements |
| F-07429 | KOVAC | 228 | 9-2-07 | |
| K-75867 | Valenzuela Jose | 228 | 9-2-07 | Jose Valenzuela |
| J-80508 | AGUIRRE | 230 | 9-2-07 | |
| V-36324 | HOYOS | 232 | 9-2-07 | Jadon Hoyos |
| V-02427 | Galaviz | 250 | 9-2-07 | Galz |
| E-48812 | PINZON | 250 | 9-2-07 | Jose Pinzon |
| 180420 | NARANJO | 145 | 9-2-07 | Rafal Naroy |
| 55841 | CURIEL | 145 | 9-2-07 | |
| 68327 | GARCIA | 142 | 9-2-07 | |
| 15888 | ORTIZ | 142 | 9-2-07 | |
| T-35803 | MARTINEZ | 146 | 9-2-07 | |
| 51448 | Meza | 144 | 9-2-07 | Meza |
| 37555 | Barroso | 144 | 9-2-07 | Barroso |
| 25224 | VELASQUEZ | 136 | 11 | |
| 29843 | HERRERA | 136 | 11 | |
| 70315 | KAUFMAN | 134 | 11 | |

WALL

# CENTINELA STATE PRISON
## LEVEL III DAILY ACTIVITY SCHEDULE

| TIME | TASK |
|---|---|
| 2200 | Shift Change/Begin 1st Watch Housing Unit Security Check |
| 2350 | Institutional Count |
| 0230 | Positive/ Negative Count |
| 0330 | Facility Kitchen Workers Wake Up |
| 0400 | Facility Kitchen Worker Release to work |
| 0515 | Institutional Count |
| 0600 | Shift Change/Begin 2nd Watch Housing Unit Security Check |
| 0610 | Release Voc/Academic/Plant Ops/Support Services Workers For Breakfast (Monday through Friday) General population on Weekends/Holidays |
| 0620 | Sick Call/Pill Line For Voc/Academic/Plant Operations/Support Services Workers |
| 0640 | General Population Breakfast Release (Monday through Friday) |
| 0700 | General Sick Call/Pill Line |
| 0700 | Plant Operations Work Call (Monday through Friday) |
| 0725 | Central Kitchen Workers Release |
| 0745 | General Work Call Release |
| 0835 | A. M. Yard Release-All Except C-Status (Upper tier on even days/Lower tier on odd days) (A1A's only S/S/H) |
| 0900 | Dayroom Upper Tier on odd days/ Lower tier on even days (A1A's ONLY S/S/H) Inmate Phone Calls Commence |
| 1015 | Voluntary In Line |
| 1125 | Dayroom Concluded/Secure Housing Unit |
| 1130 | A. M. Yard Recall – Inmate Phone Calls Concluded |
| 1140 | A. M. Facility Kitchen Workers Shift Ends Return To Unit |
| 1140 | Academic /Vocations Release For Lunch |
| 1145 | On S/S/H Commence only A2B Showers |
| 1150 | Close A Custody Count Conducted |
| 1200 | P. M. Kitchen Workers Release To Work |
| 1210 | Academic/Support Services Return To Work |
| 1245 | On S/S/H Conclude only A2B Showers |
| 1300 | P. M. Yard Release C-Status inmates also (Lower tier on even days/Upper tier on odd days) (A1A's ONLY S/S/H) Inmate Phone Calls Resume |
| 1345 | Academic Release To Yard |
| 1400 | Shift Change/Begin 3rd Watch Housing Unit Security Check |
| 1400 | Vocational Release To Yard (Monday through Friday) |
| 1415 | Academic Support Services release to yard (Monday through Friday) |
| 1430 | Voluntary In Line |
| 1430 | Vocational Support Services Release to Yard. (Monday through Friday) |
| 1430 | P. M. Dayroom Commences (Upper tier on even days/Lower tier on odd days) (A1A's ONLY S/S/H) |
| 1445 | Plant Operations Release to Yard |
| 1500 | Central Kitchen Workers Release to Yard |
| 1530 | Voluntary In-Line |
| 1530 | Dayroom Concluded |
| 1540 | Commence Showers for all A1A workers (Vocation/Academic/Support Services/Plant Operations) |
| 1640 | P. M. Yard Recall and Lockup – Inmate Phone Calls Concluded |
| 1700 | Standing Count, Alarm Testing |
| 1730 | Begin Feeding Evening Meal |
| 1845 | Night Yard Release (A1A Only) (Upper tier on even days/Lower tier on odd days) No Close A Custody, Inmate Phone Calls Resume |
| 1900 | Dayroom Release (A1A Only) (Lower tier on even days/Upper tier on odd days) No Close A Custody |
| 1940 | P. M. Facility Kitchen Workers return to Unit (Showers Authorized) |
| 2000 | In-Line for Yard returning inmates to cells, All Close B Custody inmates must return to housing unit (Showers Continue) |
| 2045 | Dayroom Concluded for MED A and Close B Inmates (Terminate phone calls/showers) |
| 2100 | Yard Recall and Lockup |
| 2130 | Institutional Count |
| 2200 | End Of 3rd Watch |

EXhibit
G

REVISION DATE: June 29, 2004

G. J. GIURBINO, Warden

Housing Unit Procedures
Operational Procedure # (5) 004
Page 11

4. Door control cabinets (lock-box at end of each tier) have a maintenance position. Door cabinets will not be retained in the maintenance position, except when maintenance staff are directly supervising/repairing door operator systems. This function will allow access to the locking operators and is used to secure the transom covers.

5. No cell doors/windows shall be covered by inmates (i.e., by tying curtains, clothing, bedding materials, etc. to the cell doors. Staff shall strictly enforce policy and procedure relative to this issue. Such items not only reduce staff visibility which jeopardizes staff and institutional safety, but also obstructs the travel of cell doors potentially causing damage to the door operating system. Custody supervisors and managers shall remain cognizant of this issue during tours and inspections and ensure compliance.

6. When cell doors are operating, plumbing chase doors must be secured. Moreover, plumbing chase doors are to be secured unless maintenance work is occurring or the plumbing chase is being inspected as part of a routine security check. Any practice of leaving a plumbing chase door unsecured and/or partially open must cease immediately. Such a practice obstructs the travel of the cell door and has caused damage to cell door locking devices.

Q. **SHOWER PROCEDURES**

1. Second Watch staff shall shower A2B inmates, A1A Workers returning from their assigned duties, A1A unassigned inmates, C status inmates, and A1A inmates on their RDOs.

2. Third Watch staff shall shower A1A Workers and any remaining A1A inmates.

3. A tracking log (Attachment A) will be maintained in each housing unit to reflect that inmates are being provided shower opportunities consistent with Title 15. The logs will be forwarded to the Facility Captain on a daily basis. The Facility Captain will maintain daily shower verification logs on file for six months.

   Note: Inmates in Work Group/Privilege Groups A2B and C will shower during Second Watch only.

4. Inmates on Modified Program affecting the normal shower program shall come out of their cell in boxers and shower shoes only. Inmates shall not be fully clothed or in hard shoes.

Exhibit H.

Housing Unit Procedures
Operational Procedure # (5) 004
Page 12

## VII.   RESOURCE SUPPLEMENT

Administrative Bulletin 02/04

California State Assembly Bill 76, "Fair Housing and Employment Act."

Memorandum dated June 3, 2005, "Establishment of a Custody First Line Supervisory Log," by Suzan L. Hubbard, Deputy Director (A).

Memorandum dated June 8, 2005, "Notification to Inmate Population Concerning Management of Sexual Misconduct," by Suzan L. Hubbard, Deputy Director, Institutions Division.

Attachment A         Housing Unit Shower Log

Attachment B         Daily Telephone Sign-Up Sheet


V. M. ALMAGER
Warden (A)
Centinela State Prison

11-3-06
Date

## SATISFACTION OF INMATE/PAROLEE FORM

DATE: _5-17-06_

I release the State of California/Centinela State Prison from all monetary

obligation in the matter of Appeal Log # _Informal CHL-5  Aug. 05_.

On this date I inmate _Mitchell_, CDC# _P-03188_ did

receive the item of _Twin Radio_ to replace _misplaced property_

_K-swiss tennis shoes_

_Serial #020705__

in lieu of financial reimbursement. _(1) Religious chain & cross (1) coaxial cable_

_W. Mitet_
Inmate

_Sgt-Ralph_
Staff Witness

_____
Staff Witness

_____
Staff Witness

I

# § 832.5 CITIZENS' COMPLAINTS AGAINST PERSONNEL; INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

... department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the ... nel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974, c. 29 §1. Amended by Stats. 1978, c. 630 §4.) (All reference to California Penal Code 1994.)

## PERSONNEL COMPLAINT:

Complainant: *Willie Ross Mitchell P03188*

Address: *Centinela State prison*
*2302 Brown Road*

City: *Imperial* State: *C.A.* Zip: *92251*

Residence phone (_____)

Business phone (_____)

Date and time of incident: *11-9-07*

Location of incident: *11-9-07 R.F.C*

☑ Check only one:

1. ☐ Police Department
2. ☐ California Highway Patrol
3. ☐ U.S. Marshall
4. ☐ Sheriff's Department
5. ☐ Medical Staff
6. ☐ District Attorney
7. ☐ County Grand Jury
8. ☐ Internal Affairs
9. ☑ Department of Corrections
10. ☐ Bar Association

Personnel involved: *Sergant Wilham R.F.C Sergant*

Statement of complaint: *On 11-9-07 I file A C.O.C. 602 In Regard to a (J.win) Boom Box that the Sergant Replace on 5-17-06. I have taken the (J.win) Back to R.F.C to Show the Sergant on duty Sergant wilham that the C.o player / the tape would not play. I also wrote to him on A COC 6A-22 Asking him when will he replace the (J.win Boom Box). Sergant wilham respond to me that he would replace the (Jwin) when he get one In. This have been over a year. I have written to the Sergant (Numerous) of time Asking the Same*

# CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: __**Mitchell**_____   CDC # ____**P 03188**_____   Housing: ___**B4-123L**_____

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated ___**11/09/07**___ regarding

_____**Property (boom box replacement)**_____ has been forwarded to the _____**Receiving & Release**

for an Informal Level Response.  NOTE:  _Our office does not log nor track Informal Level Appeals or_

_Appeals from other institutions._

Should you have any questions regarding your CDC 602, please refer them to the area it is assigned to on a

CDC GA-22, Request for Interview Form.  Also, attach a copy of this receipt to your request form.

_____                    _____**November 13, 2007**_____
**D. J. DeGeus, CC II**                                          Date
**Inmate Appeals Coordinator**
**Centinela State Prison**

What happen to this 602 this will
show you that he never respond first
if he did for 16 months. I believe I
him when he told me that once
he get one in he would send for me
I replace the basket. I also believe
I told him. He do what he said to me in
may of 06. He told me and also on
one of my Inmate Request form. And to
denied what he say is wrong he came to
16 month buy not do what he say.

K

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1: ___CEN-B___    1: ___QA___    __5__ (12.2004)

2: _____    2: _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Willie Mitchen    NUMBER: P03188    ASSIGNMENT: School    UNIT/ROOM NUMBER: B-4-123L06

A. Describe Problem: On 11-9-07 I receive a Inform level route slip. This Information was In regard to my Twin that the R.F.R Sergant Wilham had replace me with. On 5-17-06 I Inform the R.F.R. Sergant Wilham the C.O would play I Also the tape was dragging. I was told by sergant wilham on th Inmate Request form that once he get a nother (Twin) he would replace the one that he give to me. I have been writing to sergant wilham asking him to do what he said he will do. But nothing start happen. I dont Never receive any Respond This is my second 602

If you need more space, attach one additional sheet.

B. Action Requested: There is A violation of Artical 3391(2) 3004(2)(b) 3190(j) is In violation 3183(b) is In violation I except the 3190(b) (Twin) thancking that I twouldplay I nowing That sgt Wilham would do what he said he would do. It be over a year I stou have the same Roblem I Its tou I have been fix

Inmate/Parolee Signature: _Willie Mitchen_ P03188    Date Submitted: 12-13-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Attachment only
o/s

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

See Attach Letter. He refuse to respond I not met The sergant Never did what he told me that he would do. I have Written Numerous of Inmate Appm ask him when was he going to Replace my Boom Box Never one

Signature: _W. Mitchen_    Date Submitted: 12-24-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

07 DEC 20 MH :12
CEN CENTINELA
INMATE APPEALS

First Level    ☑ Granted    ☐ P. Granted    ☐ Denied    ☑ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by _____

*I William R mitchell is with Leaving*

*The 602 —*

*Systems*

*1-28-08        W mitchel 1-28-08*

*P 03108*

*Thank you*

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved: _____

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☑ Granted    ☑ P. Granted    ☑ Denied    ☑ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☑ Other _____
☑ See Attached Letter    Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.  [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| *Willie Mitchell* | *Willie Mitchell* | *12-13-07* | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER *D03188* | DATE SIGNED |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

M1

thing, I get no respond from him. I also wrote
A.C.O.C 602 in Regard to the (Twin) it has been over
30 day I should have gotten any Respond. Sergeant
William new of this problem because I took the
Box Back to R.J.D I knew him As B good person
I like him very well, But he refuse to Replace
the (Broken Box). All I am Asking for is Another
Box like he told me he would do. I should not have
to keep writting to him are file any 602 when he
knew the Box (was) Broken. I no a few inmate property
that was lost (Boom box's) he call them over I Replace
there, so why is it taken over A year I cannot get
the same treatment As they did, if I new the Box
would work I would have tate it. no one played the
Box are check the Box for me. (my sony) Boom box
should have been tated from me. Also there was
food that was take I had the 602 stated that
they would replace them I told him on 5-17-06 not to
worry About the food, I took the Box in good faith when
I got back to my cell I it would play, So I was being
Let down sign for something that would play I signing
for something that some one say they would replace.
            All I am Asking for is A good (Box) Boom box that's All
               That All I am Asking for

Use additional sheets of 8 1/2" x 11" white paper if necessary. Attach all
relevant supporting documentation.)

I, the undersigned declare under penalty of perjury under the laws of
the State of California that the foregoing complaint is true and correct
and as to such facts averred upon information and belief, that I am so
informed and believe the same to be true, and affix my signature
hereto.

Dated this 3 day of December 07

☐ Attachment
No. of pages _William R. mitchell #D3780_

5 pages

signature

CRA 02419/1-92 (832.5 CAPC])

- Side B. -

N

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*December 20, 2007*

**MITCHELL, P03188**
*FBB4T1000000123L*

Log Number: CEN-B- |2·|3·|07
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*Your replacement was issued back in may 2006, however, you waited 19 months to file this appeal. You have exceeded time constraints.*

Appeals Coordinator
Centinela State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| *Willie Michell*<br>INMATE/PAROLEE PRINTED NAME | *Willie Michell*<br>INMATE/PAROLEE'S SIGNATURE | *12-24-07*<br>CDC NUMBER | DATE SIGNED |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant



# § 832.5 CITIZENS COMPLAINTS AGAINST PERSONNEL; INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974, c. 29 §1. Amended by Stats. 1978, c. 630 §4.) (All reference to California Penal Code 1994.)

## PERSONNEL COMPLAINT:

Complainant: *Willie R, Mitchell P03188*

Address: *Centinela State prison B-4123*

City: *Imperial* State: *Cal* Zip: *92251*

Residence phone (_____)

Business phone (_____)

Date and time of incident: *12-24-07*

Location of incident: *602 mail*

Personnel involved: *Sergant Wilham Rfb,*

| Check only one: |
|---|
| 1. ☐ Police Department |
| 2. ☐ California Highway Patrol |
| 3. ☐ U.S. Marshall |
| 4. ☐ Sheriff's Department |
| 5. ☐ Medical Staff |
| 6. ☐ District Attorney |
| 7. ☐ County Grand Jury |
| 8. ☐ Internal Affairs |
| 9. ☑ Department of Corrections |
| 10. ☐ Bar Association |

Statement of complaint: *On 12-24-07 I receive my 602 that I had filt in Regard to my (Boom Box) Not being Replace Doing the year of 06 I Also (07) I have whitten to Sergant (wilham) Asking him when will he Replace the Broken (Boom Box) that he gave to me I Nrespond to my box. When I came to kfb I was excorted By 40B92d Byin I Bought the Boom Box back to kfb when he Replace the Tv that was Broken he told me that he did not have any (Boom Box) at that time. Well no there was Alod of Tv (BoomBox). that*

Taken at the time of the (B) yard search, I
also ask sergeant wilham had he been Receive my
Inmate Request form on Regare to my (Boom Box) h
told me that he had not receive any Inmate
Request form from me. I told him I had written
Numerous of time. The same so as of now I mail
him A 602 on 11-9-07 A month had gone by he never
Respond to That 602 now since I fill A Citizen comp
602 he respond by telling me there is A lap of time
The only Reason that I have is that on 5-17-06 I short
had him play the (C.D Player [tape] to see if they would
play. I believe in this sergant when he told me that
he would Replace the box As soon As he get one so
to tell me that my 602 was late, that should not
be the Reason to denied given me another
player when he told me that he would Replace
The one he had given me for the Replace of propert
There is A viol at ion of Article 3004 (I, b-c) f
3391 (a), 3193 (b) sergant Wilham new that
the box he gave me had problem when he gave it
to me, He new it was seal, the screw was
take out. All I am Asking for is a nother
J. win to Replace the one he gave me

Use additional sheets of 8 1/2" x 11" white paper if necessary. Attach all
relevant supporting documentation.)

I, the undersigned declare under penalty of perjury under the laws of
the State of California that the foregoing complaint is true and correct
and as to such facts averred upon information and belief, that I am so
informed and believe the same to be true, and affix my signature
hereto.

Dated this __24__ day of __Dec__ __07__

☐ Attachment
No. of pages ____

_signiture_

CRA 02419/ 1-92 [832.5 CAPC])

- Side B. -

R.

D. Formal Levels

Ex. S

IN1                                    12-24-07

Comply to Artical 3084.6(c).

There is A Lap of time in Regard Appeal
Number Cen-B-12-13-07. l have been writing
to Sergant Wilham In Regard to the Twin
BoomBox. l spoke to sergant wilham when
l was brought over to Rfr. When l spoke to him
l advise him that the Box was Broken/f the
CD/ Tape would not play. Sergant wilham
Advise me that he did not have one And when
he would get one he would have someone to
bring it there over to Rfr. l have written
to This sergant numerous of time. l
even ask him had he been Reciving my
Inmate Request Just like. l filed the 602
on 11-9-07 l stoll have recive any respond
to that 602 that why l filed the 602
Complaind on 12-13-07. myself l thought
that Sergant wilham would do what/f
he told me he would do. He could have been
Answer my Inmate's Request form when
l was sending them to him IN(06-). l
believe In him hopeing that he would do
What he told me he was going to do. This
box was never (Seal)/ Screw olso has been
take out l should have check the Box
before l left Rfr. l believe In Sergant
wilham thanking that he would do what
he told me he would do. no one never Respon

Where is my 602 that stoll for 11-9-07 never Respond at Why? Inmate Request form IN(06-) Why!

## CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: _____ **MITCHELL** ____ CDC # ____ **P03188** ____ Housing: _____ **B4-123L** _____

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated **12/24/07** regarding ___ **PROPERTY** ___ has been forwarded to the **CUSTODY CAPTAIN** for an Informal Level Response.  NOTE:  **Our office does not log nor track Informal Level Appeals or Appeals from other institutions**.

If you have not received a response in 30 days, attach a copy of this Informal Level Route Slip Receipt to an original CDC 602 form restating your issues/concerns.  Attach the Informal Level Route Slip to your resubmitted appeal.

_____          _____ **January 8, 2008** _____
D. J. DeGeus, CC II                                                          Date
Appeals Coordinator
Centinela State Prison

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | CEN-B | 1. 08 | 5 |
| | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| W. mitchell | P03188 | School | B-4-123c |

A. Describe Problem: On 11-9-07 and Again on 12-13-07, The 602 I hold fild on 11-9-07 Never got Any respond, so on 12-18-07 I fild a nother 602 Again In Respond to my Boom Box & the 602 not being Answer In may of 06 I Bought the Box back to Rjc when my Tv Stop working. It Also was A Replace item I Inform this sergant wilhem that we should have check the (unit) before I left Rjc so sergant wilham Aduise me on 5-30-06 that he would call me over When he got one this I believe to n him hopeing that he would do

If you need more space, attach one additional sheet.   what he said he would do.

B. Action Requested: I am filing this 602 as A Citizen Complaint Sergant wilham Let the time elape wheahe Refuse to respond to my Inmate Request form. There Is A violation Article 3004(a)(b)(c) 3391(a) 3193 & (b)

Inmate/Parolee Signature: _Willie Mitchell_    Date Submitted: 12-24-0

C. INFORMAL LEVEL (Date Received: _____ )

**PLEASE COMPLETE AT INFORMAL LEVEL
-INMATE APPEALS OFFICE-**

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

CENTINELA STATE PRISON
INMATE APPEALS OFFICE
★ JAN 0 8 2008

4

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☒ Other    _WITHDRAWN_

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _LT. E. BENYARD 1-28-08 – Complaint Withdrawn At the_

_Time._ _1-28-08 X Willie Smith D03188_

Staff Signature: _____ Title: _LT_ Date Completed: _1-28-08_

Division Head Approved
Signature: _____ Title: _____ Returned
Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

_____

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Copy

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

.Location:  Institution/Parole Region        Log No.                    Category

1. _____    1. _____    _____

2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME SPARKS A. | NUMBER H-37315 | ASSIGNMENT Mill B. Cabinet | UNIT/ROOM NUMBER B6 102 |

**A. Describe Problem:** ____ On July 6, 2006. During cell feeding of the evening meal on Fac B at CSP. C/O Diaz informed his co-workers,"here he is,he's in 102". Afterwards C/O's D.I. Marquez,A.J. Kloster and another unidentified officer came to my cell and looked in. As the officers left a statement was made that they would be coming back to deal with Mr. Sparks. Within minutes Sgt. Lam came to my cell and asked, who is Sparks? At that time I identified myself. After serving chow the c/o's began mass cell searches. As cells 101,103-117 were being searched,the occupants of those cells were informed,"that your cell is being searched because of 102",and other similar statements to that effect.

If you need more space, attach one additional sheet.          See Attached Sheet

**B. Action Requested:** An investigation be conducted to determine the basis for the conspiracy which led to the abovementioned actions by staff.2)cease and desist from all attempts to harass,intimidate and provoke violence from I/M Sparks,3)stop creating and instigating racial tension and conflict by asserting to inmates of different ethnic backgrounds that the search is because of inmates in 102. (see attached sheet)

Inmate/Parolee Signature: Andre Sparks          Date Submitted: 7-12-06

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H: If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                                    Date: _____

*Copy*

## ATTACHED SHEET

  DESCRIBE PROBLEM Cont'd. Prior to this incident appellant filed a 602,
log # CEN-B-06-00426. By this appellant exercising his right to appeal, I
am now being subjected to harassment,reprisals and retaliation. Sgt. Lam
and other members of 3rd watch staff willfully and intentionally
conspired with malicious intentions to interrupt orderly operations
within the institution by verbal,and physical aggression intending to
incite and provoke this appellant to violence,with deliberate intentions
to cause serious injuries or the loss of life and limb. And also force
appellant's cellie Robert Williams into an extremely dangerous and
hazardous situation that also threatened the safty and security of the
institution.(see attached affidavits)


ACTION REQUESTED Cont'd. 4) stop trying to isolate and target I/M Sparks
and Williams and force them into a compromising position of potential
retaliation,5) address the conspirators willful and wanton disregard for
CDCR Rules, Policies, Procedures, and Regulations in accordance with
DOM.,Art. 14 EMPLOYEE MISCONDUCT INVESTIGATION / INQUIRIES.

Bypass Informal level per 3084.5 (e) Lt. Martinez, Sgt. Kopitzke
Sgt. Lam are barred from Reviewing this appeal due to Fac. B
Assignment and/or participation in the abovementioned
incident.

W.

# CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

*Inmate:* ___**SPARKS**___ *CDC #* ___**H37315**___    *Housing:* __**B5-102**__

*This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated* _____**7-12-06**_____

*regarding* __**LIVING CONDITIONS**__ *has been forwarded to the* ___**FAC B CAPTAIN**___ *for  an*

*Informal Level Response.  NOTE:  Our office does not log nor track Informal Level Appeals or*

*Appeals from other institutions.*

*Should you have any questions regarding your CDC 602, please refer them to the area it is assigned*

*to on a CDC GA-22, Request for Interview Form.  Also, attach a copy of this receipt to your request*

*form.*

_____                    **July 14, 2006**

*D. J. DeGeus, CC II*                                                          *Date*
*Inmate Appeals Coordinator*
*Centinela State Prison*

X

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| SPARKS A. | H-3315 | Mill a Cabinet | B-5/102 |

**A. Describe Problem:** On 7-12-06. I filed a 602 regarding STAFF MISCONDUCT. I received a CDC 602-Informal Level Route Slip Receipt on 7-19-06. (see attached) Due to the information contained within the notice, the Appeals Coordinator has wilfully circumvented, manipulated and interfered with my due process rights to appeal and subvert my appeal process. Specifically by:(1) mischaracterizing and classifying my 602 regarding Staff misconduct into an appeal regarding 'LIVING CONDITIONS',(2) relegating my appeal to be addressed on the informal level,(3) and violating written policy,(Ie. Title 15,§ 3084.7,(G) Alleged Misconduct By A Departmental Peace Officer,dictates my 602 bypass the informal level,and DOM §54100.9 Appeal Tracking,mandates that a log number be assigned to my 602.

If you need more space, attach one additional sheet.

**B. Action Requested:** I respectfully request that the Appeals Coordinator adhere to the mandates of CDCR's policies and procedures and apply those policies and procedures in the processing of my 602 filed on 7-12-06. (a copy of that appeal is attached)

Inmate/Parolee Signature: *Andi Sparks*   Date Submitted: 7-20-06

**C. INFORMAL LEVEL (Date Received: )**

Staff Response:

Staff Signature:   Date Returned to Inmate:

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature:   Date Submitted:

Note: Property/Funds appeals must be accompanied by a completed   CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

CC: OIA
P.L.O.
SPB

Y

First Level      ☐ Granted      ☐ P. Granted      ☐ Denied      ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                            Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level      ☐ Granted      ☐ P. Granted      ☐ Denied      ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted      ☐ P. Granted      ☐ Denied      ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE SPARKS, H37315                          Date: July 26, 2006
Current Housing: FBB5T1000000102L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CEN-B-06-00733

ASSIGNED STAFF REVIEWER: AW-COMPLEX I
APPEAL ISSUE: STAFF COMPLAINTS
DUE DATE: 09/01/2006

Inmate SPARKS, this acts as a notice to you that your appeal has been sent to the above
staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.


DJ DeGeus, CCII
Appeals Coordinator
Centinela State Prison

2,

# CDC 602 - INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: __Mitchell__          CDC # ___P 03188___     Housing: ___A4-141L___

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated ___05/01/05___

regarding ___Property___ has been forwarded to the ___Receiving & Release___ for          an

Informal Level Response.   NOTE: _Our office does not log nor track Informal Level Appeals or_

_Appeals from other institutions._

Should you have any questions regarding your CDC 602, please refer them to the area it is assigned

to on a CDC GA-22, Request for Interview Form.  Also, attach a copy of this receipt to your request

form.

P. J. DeGeus, CC II
Inmate Appeals Coordinator
Centinela State Prison

___May 3, 2005___
Date

A.1

Page (9)

# CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: __MITCHELL__          CDC #: __P-03188__   Housing: __A-4, 141L__

**This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated
_02/28/05_ regarding PROPERTY (CALCULATOR, HEADPHONES) has been forwarded to
the R&R OFFICE for an Informal Level Response. NOTE: Our office does not log nor
track Informal Level Appeals or Appeals from other institutions.**

**Should you have any questions regarding your CDC 602, please refer them to the area it
is assigned to on a CDC GA-22, Request For Interview Form. Also, attach a copy of this
receipt to your request form.**

_____, SSA                              _3/3/05_

D. J. DEGEUS, CC II
Inmate Appeals Coordinator
Centinela State Prison

march 31 day
April 18 05
et q

---

## CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: ___Mitchell___          CDC # ___P 0318⁵___   Housing: ___A4-141L___

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated ___04/13/05___

regarding ___Property___ has been forwarded to the ___Receiving & Release___ for        an

Informal Level Response.  NOTE: _Our office does not log nor track Informal Level Appeals or
Appeals from other institutions._

Should you have any questions regarding your CDC 602, please refer them to the area it is assigned
to on a CDC GA-22, Request for Interview Form.  Also, attach a copy of this receipt to your request
form.

REMEMBER THAT YOU CAN ONLY FILE ONE NON-EMERGENCY
APPEAL IN A SEVEN-CALENDAR DAY PERIOD.

_____                                _April 15, 2005_

D. J. DeGeus, CC II                                          Date
Inmate Appeals Coordinator
Centinela State Prison

A2.          8   PCSP(cc

*Log Number*
*Cen--A05-00693*

STATE OF CALIFORNIA

CDC 1858 (2/97)

DEPARTMENT OF CORRECTIONS

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE.  IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.  [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Willie Mitchell | Willie Mitchell | 5-1-05 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
| Willie mitchell | Willie mitchell | D03188 / 5-1-05 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

A.3        *page 1*

Approx 11.05 A.M

ON - APRIL 28. 05 MY Counsel

L; I. Self spoke to the Appeal Coordinator

In Regard to my property and my Boom Box.

These'S C. D. C 602 have never been Answered at

First Level. It is 62 Day And l steal have not

Receive and Respond at First Level from R&R

Sergant Gibson. This Is the second Appeal that

been file.

Sincerly

Willie Mitchel po318

I Am Asking for a Log number.

This 602 Was Due. 06 -27- 05

Receive Back 5-28 05

Log number Cen — A—05—00623

A .4          page 2