WIllie Bell Jr. H-90929
C.S.P. Po.Box 911
Imperial, Ca 92251
BLDG -5 239L

**FILED**

FEB 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

1
2
3
4
5
6
7
8
9
10

Willie BellJr. et,al.    )
                         )
         Plaintiff       )
                         )
                         )
     vs,                 )
                         )
                         )
V.M. Almager Warden      )
         et,al.          )
                         )
         Defendants      )
_____)

CASE NO. 08-CV-0165 H-(AJB)

MOTION REQUEST FOR THE APPOI
NTMENT OF COUNSEL BY PLAINT-
TIFF FOR A CLASS ACTION CASE
OF THOSE IN SIMILAR,ET,AL.
Under Rule 23 FRAP & 28 U.S.C
SEC. 1915 (d).

11
12
13

UNITED STATES DISTRICT COURT
Southern District of California

14
15
16
17
18
19
20
21
22
23

TO the HONORABLE DISTRICT COURT JUDGE MARILYN L. HUFF;

If it may please the court;    On this 19th day, of Feb 2008,

I Willie Bell the plaintiff in the the above matter do

petition the courts for appointment of counsel to repre-

sent the plaintiff, and those similar situated, in this

class action Injunction.  In support of such request I

hereby do declare, that the appointment of counsel is

appropriate in a matter as thus presented.

Brown v. U.S. (1980 9th), 623 F.2d 54.61.
Gordon v. Leeks 574 F.2d 1147, 1153, (4th Cir 1978).

24
25
26

Respectfully Submitted,
        Willie Bell Jr. H-90929
        Plaintiff in Pro Se.

27
28

CR

In Support of Request

For . Counsel

   I Willie Bell Jr. CDC# H-90929 do declare that, I am
the said plaintiff requesting the courts would appoint the
plaintiff and all those enjoined by being situated to the
similar effects. The plaintiff can functionally state his
claims to the court in regards to the violations being
suffered on a daily basis , and all other claims in this
action.  The plaintiff is limited in expierence of the law.
Without professional experience, has in the practice of law.
For the plaintiff to represent the numerous numbers of all
those enjoined in this Class Action whose rights have also
been violated, would for the plaintiff be unfair to attempt
to  bring all claims in similar to the courts that would poss-
ibly not end in a fair result as to these claims presented,
and as to the rights of all parties enjoined.
This Motion is made and based in the interest of justice pur-
suant to Cal. Rules of court 4.551 (c)(2), Title 18 §3006 of
the Federal Rules and procedures. Whenever the United States
Magistrate or the court determines the interest of justice may
require representation for any persons seeking relief under
Section 2241 & 2254 of title 28. The court may appoint counsel
where the complexities of the case would amount to denial of
due process.  Brown v. U.S. (1980.9th), 623 F.2d 54.61
Therefore in light of these claims, the plaintiff prays that
the court grant this request.

2.

**PRAYER FOR RELIEF**

1
2
3
4
5

The petitioner prays for relief in this matter in that all

6
parties be allowed due process in the complexities and in

7
the true interest of justice, that it may prevail."

8
**Almond v. Kent 459 F2d. 200,204 (4th Cir 1972).**
**Hudson v. Hardy 412 F 2d. 1091, 1095, (DC. Cir 1968).**

9
10
11
12
13
14
15
16

17
I Willie Bell the plaintiff in this matter declare under

18
oath, that all of the following is true, and will under oath

19
attest to all claims being alleged.

20
**SEE ATTACHED PETITION/ Signatures et,al. (For APPOINTED COUNSEL)**

21
Respectfully Submitted,

22
Plaintiff in Pro Se.

23
Willie Bell Jr. H-90929

24
C.S.P. PO.BOX 911

25
Imperial, Calif 92251

26
B-5   239L

27
28

3.