# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 MAR -3 PM 4:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Huff

FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 2/28/2008

CASE NO.: 08cv0165 H (AJB)    DOCUMENT FILED BY: Plaintiff

CASE TITLE: Bell v. Almager, et al

DOCUMENT ENTITLED: Motion for Leave to File this Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Amended Complaint already on file.** |

Date forwarded: 2/29/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Huff

Dated: 3/3/08    By: [signature] PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

| | |
|---|---|
| Willie Bell, Jr. et, al.<br>plaintiff<br><br>vs.<br><br>V.M. Almager, Warden et, al.<br>Defendants | CASE NO. 08-CV-0165 H (AJB)<br><br>MOTION FOR LEAVE TO FILE THIS AMENDED COMPLAINT /Documents ET, AL.... |

UNITED STATES DISTRICT COURT

Southern District of California

Plaintiff Willie Bell Jr, pursuant to Rules 15(a) and 19(a), Fed R. Civ.p., request leave to file an amended complaint adding other parties in similar to this complaint by a joinder of a class action, et, al, On 02-26-08.

The plaintiff in his original complaint named himself, Willie Bell Jr. & alleged there were others/ Inmates, who were being violated also in regards to his filing.

Since the filing the plaintiff has determined in the interest that all parties in similar should be enjoind in the Class-Action filing / Injunction, to petition that the Warden put an end to the acts filed against, and that all corrective request, and measures be, and are met.
This court should grant leave for request to file this amended complaint.

See: Foman Vs. Davis 371 U.S. 178, 182, (1962).