**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE BELL, JR., CDCR #H-90929,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>V.M. ALMAGER; GARCIA, Appeals Coordinator; D.J. DEGEUS, CCII Appeals Coordinator; R&R Package Officer,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08-CV-165 H (AJB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

On January 28, 2008, Plaintiff, a state inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff's initial complaint asserted claims against prison officials for their alleged refusal to mail a package to Plaintiff's family because Plaintiff had insufficient funds in his inmate trust account. Plaintiff sought compensatory and punitive damages in the amount of $858,000.08.

Along with his complaint, Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP"), a motion to appoint counsel, and a motion for an injunction and temporary restraining order ("TRO"). (See Doc. Nos. 2-4.) On February 4, 2008, the Court granted Plaintiff's motion to proceed IFP and denied Plaintiff's motion to appoint counsel. (Doc. No. 5.) On February 21, 2008, the Court sua sponte dismissed Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief can be granted.

1  (Doc. No. 6.) The Court denied Plaintiff's motion for an injunction. (Id.) The Court permitted
2  Plaintiff to amend his complaint to correct the deficiencies identified in the Court's order
3  dismissing the complaint. (Id.)

4  On February 28, 2008, Plaintiff filed a first amended complaint ("FAC") as well as a
5  "motion for preliminary class action injunction." (Doc. Nos. 7, 9.) On April 28, 2008, the
6  Court denied Plaintiff's motion for an injunction and dismissed Plaintiff's FAC for failure to
7  state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A. (Doc. No. 12.) The Court
8  concluded that it did not appear "at all possible that the plaintiff can correct the defect(s)" of
9  his pleading, and accordingly denied further leave to amend as futile. See Cahill v. Liberty
10 Mut. Ins. Co., 80 F.3d 336, 339 (9th Cir. 1996).

11 On June 24, 2008, Plaintiff filed a motion for reconsideration of the Court's order
12 dismissing his first amended complaint. The Court denies Plaintiff's motion.

13 Reconsideration "is appropriate if the district court (1) is presented with newly
14 discovered evidence, (2) committed clear error or the initial decision was manifestly unjust,
15 or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah
16 County v. AC & S, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Whether to grant or deny
17 reconsideration is within the discretion of the district court. United States v. Desert Gold
18 Mining Co., 433 F.2d 713, 715 (9th Cir. 1970).

19 After a thorough review of Plaintiff's motion, the Court's order dismissing Plaintiff's
20 first amended complaint, and the complete record in this case, the Court concludes that
21 Plaintiff's motion fails to establish grounds for reconsideration. Therefore, the Court denies
22 Plaintiff's motion.

23 IT IS SO ORDERED.
24 DATED: July 31, 2008

25
26 MARILYN L. HUFF, District Judge
   UNITED STATES DISTRICT COURT
27
28 COPIES TO:
   All parties of record.