# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG -4 PM 2: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Huff
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 7/30/2008
CASE NO.: 08cv0165 H (AJB)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Bell v. Almager, et al
DOCUMENT ENTITLED: Motion Request for Leave to File this "Proposed" First Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** THE COURT DENIED LEAVE TO AMEND THE COMPLAINT PER ORDER DATED 4/28/08. |

Date forwarded: 8/1/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: HUFF

Dated: 8/4/08   By: LC1
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BELL, Jr<br>CDC# H-90929,<br>　　　　Plaintiff,<br><br>V.M ALMAGER; GARCIA, Appeals Coordinator; D.J. DEGEUS, Appeals Coordinator, & SGT. WILHELM, R&R Package Officer. | Civil No. 08-0165 H (AJB).<br>"MOTION REQUEST FOR LEAVE TO FILE THIS [ "PROPOSED" ] FIRST AMENDED COMPLAINT.<br>DATE:<br>TIME:<br>DEPT:<br>Filing includes Notice of motion Memorandum of Points & Authoritys Plaintiffs Declaration, Proposed Order for Preliminary Injunction. INTRODUCTION, CLAIMS, STATEMENT S OF FACTS, WITNESS LIST, ET, AL.....<br>REQUEST FOR DAMAGES |

　　To the courts, please take notice that the petitioner Willie Bell hereby seeks for a leave to amend the original previously filed in this matter, and to file instead the [DOCS] provided in this "[PROPOSED Amendment], and on that basis I Willie Bell do declare as follows:   (1). This Motion to seek to Amend and raise only those issues that can be effectively raised in regards to the civil violations that extend from the original complaint that VIOLATE" the plaintiffs, et, al and those situated in similar This Motion is being filed now rather than at an earlier time because of the plaintiff being placed on a past prison lockdown as of Mar 28, through June 27, 2008, and now again from July 1, 2008- the 9th of July 2008, unless extended by Prison Officials et, al. see attached Modified Program / Prison Program Status Report.



UNTIED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BELL Jr.<br>CDC# H-90929<br>　　　　Plaintiff,<br><br>V.M. ALMAGER:GARCIA, Appeals<br>Cordinator, R&R Package Officers<br>WILHELM, D.J.DEGEUS.CCI APPEAL<br>Coordinator et,al.<br>　　　　Defendants. | Civil No. 08-0165 H (AJB)<br>MOTION REQUEST FOR RE-CON<br>SIDERATION TO FILE THIS -<br>"PROPOSED AMENDED COMPLAINT."<br>TIME:<br><br>DATE: |

To the court, please take notice that the petitioner Willie Bell Jr, hereby seeks the courts to grant this "Motion for Leave to Amend the original and previous filings in this matter, and to file in its stead the doc(s) provided herewith as the Proposed Amendment.

　　The nature for the request for this "Proposed Amendment is strictly based on the "FACT(S) that the named staff et,al listed in this complaint have been practicing illegal practices that violate the Civil Rights of the plaintiff Willie Bell Jr, & the rights of all inmates enjoined in this Class Action complaint listed on the attached exhibits ("A - F"　　), et,al. with sign-atures attached, & not excluding those situated in similar. This complaint seeks to bring a end to the acts of all staff that do &

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**REJECTED**

| | |
|---|---|
| WILLIE BELL, JR.<br>CDC# H-90929,<br>    Plaintiff<br><br>vs.<br><br>V.M. ALMAGER<br>Defendants et, al | CIVIL NO. 08-0165-H (AJB)<br>EXPARTE MOTION NOTICE &<br>DECLARATION OF A TIMELY<br>FILING.<br>DATE:<br>TIME:<br>DEPT: |

    To the courts, please take notice that the petitioner Willie Bell CDC# H-90929 hereby declares: That, This Motion/ notice is presented to the Courts to allow notice for this "Filing Being Timely". The petitioner claims by the Exhibits attached "The Prisons Modification Lockdown Orders", show that up till this filing that this is the actual and first allowed "Access that properly allowed for a "Timely Filing" to be made, and hereby now does so.

    Under the penalty of perjury the petitioner states that as soon as the Prison came off "Lockdown, that access was only made possible to prepare to properly serve the Defendants, Courts et,al. Access was last made possible on 07-14-08, of which did leave for only one week to prepare and file this notice,et,al...

    Wherefore, Petitioner prays that according to the attached Prison Modified Orders et,al that the Courts will except this filing as timely, et,al...

Dated: 7-28-08

Signed: Willie Bell
Plaintiff In Pro Se.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**REJECTED**

| | |
|---|---|
| Willie Bell )<br>    plaintiff )<br>)<br>v. )<br>Preliminary )<br>)<br>)<br>V.M Almager, DeGUESS, )<br>Wilhelm, & Garcia, et, al )<br>    Defendants )<br>_____ ) | " A PROPOSED "<br>ORDER TO SHOW CAUSE FOR A<br>PRELIMINARY INJUNCTION<br>CIVIL ACTION NO. 08-CV-0165 (AJB)<br>DATE:<br>  Time: |

Upon this complaint, the supporting affidavits of the plaintiffs, and the Memorandum of Law submitted herewith et,al is:

    **ORDERED**, that the Defendants Almager/Warden, Garcia "Appeals Coordinator, D.J. DeGuess/Appeals Coordinator & S.J. Wilhelm the R&R Sergeant show cause in Room: _____ of the United States Courthouse located at 880 Front Street, San Diego Calif, on the _____ day of _____, 2008, at _____ O'Clock why a Preliminary Injunction should not issue pursuant to Rule 65(A) of the Fed. Rules of Civ. Procedure enjoining the Defendants their successors in the office, agents and employees and all other persons acting in concert & participating with them, from

Willie Bell Jr. H-90929
C.S.P. Po.Box 911
Imperial, Ca 92251
BLDG -5 239L

**REJECTED**

| | |
|---|---|
| Willie Bell Jr. et,al. )<br>)<br>Plaintiff )<br>)<br>)<br>vs, )<br>)<br>)<br>V.M. Almager Warden )<br>    et,al. )<br>)<br>Defendants )<br>_____ ) | CASE NO. 08-CV-0165 H-(AJB)<br>"A PROPOSED "<br>MOTION REQUEST FOR THE APPOI-<br>NTMENT OF COUNSEL BY PLAINT-<br>TIFF FOR A CLASS ACTION CASE<br>OF THOSE IN SIMILAR,ET,AL.<br>Under Rule 23 FRAP & 28 U.S.C<br>SEC. 1915 (d). See ex A-F<br>DATE:<br><br>TIME: |

UNITED STATES DISTRICT COURT

Southern District of California

TO the HONORABLE DISTRICT COURT JUDGE MARILYN L. HUFF;

If it may please the court; On this 19th day, of Feb 2008, I Willie Bell the plaintiff in the the above matter do petition the courts for appointment of counsel to represent the plaintiff, and those similar situated, in this class action Injunction. In support of such request I hereby do declare, that the appointment of counsel is appropriate in a matter as thus presented.

Brown v. U.S. (1980 9th), 623 F.2d 54.61.
Gordon v. Leeks 574 F.2d 1147, 1153, (4th Cir 1978).

                    Respectfully Submitted,
                        Willie Bell Jr. H-90929
                        Plaintiff in Pro Se.